**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:   (310) 396-9635
Email:        Wkreger@maklawyers.com
                   TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:   (925) 945-1276
Email:        manfromcal@sbcglobal.net

Attorney for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>     Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**REQUEST RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

1

**Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**

Representative Plaintiffs JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT ("Plaintiffs"), request as follows:

1. Whereas, the initial complaint in this case was filed herein on January 10, 2008.

2. Whereas, the Court set an Initial Case Management Conference for April 18, 2008.

3. Whereas, Plaintiffs filed a first amended complaint on February 8, 2008.

4. Whereas, Plaintiffs did not receive an amended summons until on or about February 19, 2008.

5. Whereas, Plaintiffs then attempted to serve Defendants in the state of California on February 29, 2008, but service was rejected.

6. Whereas, Plaintiffs then served Defendants by mail on March 24, 2008.

7. Whereas, the parties are required to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan by March 28, 2008.

8. Whereas, the parties are required to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report and file a Joint Case Management Statement by April 11, 2008.

9. Whereas Plaintiffs have not been notified of the identify of Defendants' counsel in this action and will not likely learn the identity of Defendants' counsel prior to March 28, 2008, the last day to meet and confer, and perhaps not prior to April 11, 2008, the last day to file a Rule 26(f) Report and a Joint Case Management Statement.

10. Whereas, maintaining the current schedule as described above would likely preclude the parties from fully and productively complying with their procedural obligations described above since Plaintiffs' counsel cannot meet and confer with Defendants' counsel until learning the identity of Defendants' counsel.

11. Whereas, continuing the Initial Case Management Conference to May 16, 2008 would give the parties adequate time to fully and productively comply with their procedural obligations described above.

12. Whereas, Plaintiffs wish to be able to fully and productively comply with their procedural obligations described above, and Defendants no doubt wish the same.

13. Plaintiffs request that in order to allow sufficient time for the parties to meet and confer and fulfill their other procedural obligations described above, that the Initial Case Management Conference presently set for April 18, 2008 be continued a short amount of time to on or after May 16, 2008 at the same time and location.

DATE: March 26, 2008         **MILSTEIN, ADELMAN & KREGER, LLP**

　　　　　　　　　　　　　　　　　__/s/ WILLIAM A. BAIRD_____
　　　　　　　　　　　　　　　　　By: WILLIAM A. BAIRD
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs JAMES BRADY,
　　　　　　　　　　　　　　　　　TRAVIS CALL, SARAH CAVANAGH,
　　　　　　　　　　　　　　　　　JULIA LONGENECKER, PEDRO NOYOLA
　　　　　　　　　　　　　　　　　and CHRISTOPHER SULIT, on Behalf of
　　　　　　　　　　　　　　　　　Themselves, All Others Similarly Situated, and
　　　　　　　　　　　　　　　　　On Behalf of the General Public.

**Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**

**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
Email:  Wkreger@maklawyers.com
        TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:  (925) 945-1276
Email:  manfromcal@sbcglobal.net

Attorney for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**[PROPOSED] ORDER RE: REQUEST RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

1

**[Proposed] Order Re: Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**

Case 3:08-cv-00177-SI   Document 5-2   Filed 03/27/2008   Page 2 of 2

After consideration of the Request to continue the presently scheduled Case Management Conference, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference presently set for April 18, 2008, shall be set for the first available date on or after May 16, 2008.

IT IS FURTHER ORDERED that all other dates shall be reset in accordance with the next Case Management Conference date.

IT IS SO ORDERED.

DATE: March 26, 2008

_____

The Honorable Susan Illston

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

2

**[Proposed] Order Re: Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**