| | |
|---|---|
| 1 | **MILSTEIN, ADELMAN & KREGER, LLP** |
| | WAYNE S. KREGER, State Bar No. 154759 |
| 2 | WILLIAM A. BAIRD, State Bar No. 192675 |
| | 2800 Donald Douglas Loop North |
| 3 | Santa Monica, California 90405 |
| | Telephone:  (310) 396-9600 |
| 4 | Facsimile:   (310) 396-9635 |
| | Email:       Wkreger@maklawyers.com |
| 5 |              TBaird@maklawyers.com |
| 6 | **LAW OFFICE OF STEVEN ELSTER** |
| | STEVEN ELSTER, State Bar No. 227545 |
| 7 | 785/E2 Oak Grove Road, #201 |
| | Concord, CA 94518-3617 |
| 8 | Telephone:  (925) 324-2159 |
| | Facsimile:   (925) 945-1276 |
| 9 | Email:       manfromcal@sbcglobal.net |

Attorney for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**DECLARATION IN SUPPORT OF REQUEST RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

1

**Declaration In Support Of Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**

Representative Plaintiffs JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT ("Plaintiffs"), request as follows:

1. I am an attorney admitted to practice before all courts in the State of California and I am a senior associate of the law firm of Milstein, Adelman, & Kreger LLP, counsel of record for Plaintiffs ("Plaintiffs") in this action. I make this Declaration from my own personal knowledge and, if called upon, would and could competently testify to the following matters.

2. The initial complaint in this case was filed herein on January 10, 2008.

3. The Court set an Initial Case Management Conference for April 18, 2008.

4. Plaintiffs filed a first amended complaint on February 8, 2008.

5. Plaintiffs did not receive an amended summons until on or about February 19, 2008.

6. Plaintiffs then attempted to serve Defendants in the state of California on February 29, 2008, but service was rejected.

7. Plaintiffs then served Defendants by mail on March 24, 2008.

8. Currently, the parties are required to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan by March 28, 2008.

9. In addition, the parties are required to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report and file a Joint Case Management Statement by April 11, 2008.

10. Plaintiffs have not been notified of the identify of Defendants' counsel in this action and will not likely learn the identity of Defendants' counsel prior to March 28, 2008, the last day to meet and confer, and perhaps not prior to April 11, 2008, the last day to file a Rule 26(f) Report and a Joint Case Management Statement.

**Declaration In Support Of Request Re: Continuance Of Case Management Conference Date**
CASE NO.: C-08-00177 SI

11. Accordingly, maintaining the current schedule as described above would likely preclude the parties from fully and productively complying with their procedural obligations described above since Plaintiffs' counsel cannot meet and confer with Defendants' counsel until learning the identity of Defendants' counsel.

12. Undoubtedly, the case management conference will be far more productive if the parties have had the opportunity to fully meet and confer about all necessary issues prior to the conference.

13. Thus, Plaintiffs request that in order to allow sufficient time for the parties to meet and confer and fulfill their other procedural obligations described above, that the Initial Case Management Conference presently set for April 18, 2008 be continued a short amount of time to on or after May 16, 2008 at the same time and location.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of March, 2008, in Santa Monica, California.

                                        /s/ WILLIAM A. BAIRD
                                        WILLIAM A. BAIRD

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

3

**Declaration In Support Of Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**