**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: Wkreger@maklawyers.com
TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone: (925) 324-2159
Facsimile: (925) 945-1276
Email: manfromcal@sbcglobal.net

Attorney for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**[PROPOSED] ORDER RE: REQUEST RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

1

After consideration of the Request to continue the presently scheduled Case Management Conference, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference presently set for April 18, 2008, shall be set for th~~e first available date on or afte~~r May 16, 2008. at 2:00 p.m.

IT IS FURTHER ORDERED that all other dates shall be reset in accordance with the next Case Management Conference date.

IT IS SO ORDERED.

DATE: March 26, 2008

_____
The Honorable Susan Illston

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

2

**[Proposed] Order Re: Request Re: Continuance Of Case Management Conference Date**
**CASE NO.: C-08-00177 SI**