| | |
|---|---|
| 1 | **MILSTEIN, ADELMAN & KREGER, LLP** |
| | WAYNE S. KREGER, State Bar No. 154759 |
| 2 | WILLIAM A. BAIRD, State Bar No. 192675 |
| | 2800 Donald Douglas Loop North |
| 3 | Santa Monica, California 90405 |
| | Telephone:  (310) 396-9600 |
| 4 | Facsimile:   (310) 396-9635 |
| | Email:       Wkreger@maklawyers.com |
| 5 |              TBaird@maklawyers.com |
| 6 | **LAW OFFICE OF STEVEN ELSTER** |
| | STEVEN ELSTER, State Bar No. 227545 |
| 7 | 785/E2 Oak Grove Road, #201 |
| | Concord, CA 94518-3617 |
| 8 | Telephone:  (925) 324-2159 |
| | Facsimile:   (925) 945-1276 |
| 9 | Email:       manfromcal@sbcglobal.net |

Attorney for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**CLASS ACTION COMPLAINT:**<br><br>**NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1

**Notice of Proof of Service of Summons and Complaint**
**CASE NO.: C-08-00177 SI**

TO ALL PARTIES:

    Attached hereto as Exhibit A, is Proof of Service of Summons and Complaint on Defendant, Deloitte & Touche LLP, a limited liability partnership.

DATE:  April 3, 2008       **MILSTEIN, ADELMAN & KREGER, LLP**

__/s/ WILLIAM A. BAIRD_____
By:  WILLIAM A. BAIRD
Attorney for Plaintiffs JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, on Behalf of Themselves, All Others Similarly Situated, and On Behalf of the General Public.

2

**Notice of Proof of Service of Summons and Complaint**
**CASE NO.: C-08-00177 SI**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 3,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **798404673588**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ALBANY, NY |
| **Signed for by:** | D.BURTON | **Delivery date:** | Mar 27, 2008 07:28 |
| **Service type:** | First Overnight Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 798404673588 | **Ship date:** | Mar 25, 2008 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
ALBANY, NY US

**Shipper:**
Santa Monica, CA US

**Reference**

Deloitte & Touche

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339