1  SEYFARTH SHAW LLP
   Kenneth D. Sulzer (State Bar No. 120253)
2  Andrew M. Paley (State Bar No. 149699)
   Sheryl L. Skibbe (State Bar No. 199441)
3  Regina A. Musolino (State Bar No. 198872)
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Email:  ksulzer@seyfarth.com; apaley@seyfarth.com
           sskibbe@seyfarth.com; rmusolino@seyfarth.com
7
   Attorneys for Defendants
8  DELOITTE & TOUCHE LLP
   DELOITTE TAX LLP
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | JAMES BRADY, TRAVIS CALL, | ) | Case No. C-08-00177 SI
   | SARAH CAVANAGH, JULIA | ) |
   | LONGENECKER, PEDRO NOYOLA | ) | The Honorable Susan Illston
13 | and CHRISTOPHER SULIT, | ) |
   | individually and on behalf of all others | ) | **STIPULATION RE: TIME TO**
14 | similarly situated, | ) | **RESPOND TO INITIAL**
   |  | ) | **COMPLAINT**
15 |             Plaintiffs, | ) |
   |  | ) |
16 |       v. | ) |
   |  | ) |
17 | DELOITTE & TOUCHE LLP, a limited | ) |
   | liability partnership; DELOITTE TAX | ) |
18 | LLP; and DOES 1-10, inclusive, | ) |
   |  | ) |
19 |             Defendants. | ) |
   |  | ) |
20

21    WHEREAS, Plaintiffs James Brady, Travis Call, Sarah Cavanagh, Julia

22 Longenecker, Pedro Noyola and Christopher Sulit ("Plaintiffs") filed their initial

23 Complaint on January 10, 2008;

24    WHEREAS, Plaintiffs did not serve either Deloitte & Touche LLP or

25 Deloitte Tax LLP ("Defendants") with the initial Complaint;

26    WHEREAS, Plaintiffs filed a first amended complaint on February 8, 2008;

27    WHEREAS, Plaintiffs served Defendants by mail on March 24, 2008 and

28 service was effective on March 25, 2008; and

**STIPULATION RE: TIME TO RESPOND TO COMPLAINT**
C-08-00177 SI

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiffs and Defendants, through their respective counsel of record, that Defendants shall respond to Plaintiffs' First Amended Complaint on or before April 25, 2008. Any such response shall be filed and served by no later than 4:00 p.m.

DATED: April 11, 2008        SEYFARTH SHAW LLP

By: _____/s/ Sheryl L. Skibbe_____
       Sheryl L. Skibbe

Attorneys for Defendants
DELOITTE & TOUCHE, LLP and
DELOITTE TAX, LLP

DATED: April 11, 2008        MILSTEIN, ADELMAN & KREGER, LLP

By: _____/s/ William A. Baird_____
       WILLIAM A. BAIRD

Attorneys for Plaintiffs
JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT