**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:   (310) 396-9635
Email:       WKreger@maklawyers.com
             TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:   (925) 945-1276
Email:       manfromcal@sbcglobal.net

Attorneys for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive, <br><br> Defendants. | **CASE NO.: C-08-00177 SI** <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **[LOCAL RULE 3-16]** <br><br> Complaint Filed: January 10, 2008 <br> Trial Date:       None |

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO.: C-08-00177 SI**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 23, 2008          **MILSTEIN, ADELMAN & KREGER, LLP**

        /s/ WILLIAM A. BAIRD
By: WILLIAM A. BAIRD
Attorney for Plaintiffs JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, on Behalf of Themselves, All Others Similarly Situated, and On Behalf of the General Public.

2
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO.: C-08-00177 SI**