SEYFARTH SHAW LLP
Kenneth D. Sulzer (State Bar No. 120253)
Andrew M. Paley (State Bar No. 149699)
Sheryl L. Skibbe (State Bar No. 199441)
Regina A. Musolino (State Bar No. 198872)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Email: ksulzer@seyfarth.com; apaley@seyfarth.com
sskibbe@seyfarth.com; rmusolino@seyfarth.com

Attorneys for Defendants
DELOITTE & TOUCHE LLP
DELOITTE TAX LLP

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-08-00177 SI<br><br>The Honorable Susan Illston<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 3-16]** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**:

The undersigned, counsel of record for defendants DELOITTE & TOUCHE LLP and DELOITTE TAX LLP certify that the following listed parties

1   may have a pecuniary interest in the outcome of this case.  These representations

2   are made to enable the Court to evaluate possible disqualification or recusal.

3        1.      Plaintiff James Brady

4        2.      Plaintiff Travis Call

5        3.      Plaintiff Julia Longenecker

6        4.      Plaintiff Pedro Noyola

7        5.      Plaintiff Christopher Sulit

8        6.      Defendant Deloitte & Touche LLP

9        7.      Defendant Deloitte Tax LLP

10       8.      Deloitte LLP – Deloitte & Touche LLP and Deloitte Tax LLP are

11  subsidiaries of Deloitte LLP.

12       In addition, because this action purports to be an action on behalf of other

13  putative class members, it is possible that other former or current employees of

14  the defendants listed above may ultimately have a financial interest in this action

15  as well.

16

17  DATED: April 25, 2008                    SEYFARTH SHAW LLP

18

19  By _____
                                 Sheryl L. Skibbe
20                               Attorneys for Defendants
                                 DELOITTE & TOUCHE LLP and
21                               DELOITTE TAX LLP

22

23

24

25

26

27

28

**DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**
C-08-00177 SI