1  SEYFARTH SHAW LLP
   Kenneth D. Sulzer (State Bar No. 120253)
2  Andrew M. Paley (State Bar No. 149699)
   Sheryl L. Skibbe (State Bar No. 199441)
3  Regina A. Musolino (State Bar No. 198872)
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Email:  ksulzer@seyfarth.com; apaley@seyfarth.com
           sskibbe@seyfarth.com; rmusolino@seyfarth.com
7
   Attorneys for Defendants
8  DELOITTE & TOUCHE LLP
   DELOITTE TAX LLP
9
                    UNITED STATES DISTRICT COURT
10
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated, | Case No. C-08-00177 SI |
|---|---|
| | The Honorable Susan Illston |
| | **DEFENDANTS' DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | |
| | Complaint Filed: Jan. 10. 2008 |
| DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive, | |
| Defendants. | |

**DEFENDANTS' DISCLOSURE STATEMENT**
C-08-00177 SI

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1, defendants Deloitte & Touche LLP and Deloitte Tax LLP state that they are subsidiaries of Deloitte LLP. Neither Deloitte & Touche LLP nor Deloitte Tax LLP has stock.

DATED: April 25, 2008                    SEYFARTH SHAW LLP

By _____
Sheryl L. Skibbe
Attorneys for Defendants
DELOITTE & TOUCHE LLP and
DELOITTE TAX LLP

LA1 6692254.1

2

DEFENDANTS' DISCLOSURE STATEMENT
C-08-00177 SI