**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BRADY,                                              No. C 08-00177SI

       Plaintiff,                                       **NOTICE**

  v.

DELOITTE & TOUCHE,

       Defendant.
                                /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to transfer has been continued to Friday, May 30, 2008, at 9:00 a.m.

Dated: May 1, 2008                                        RICHARD W. WIEKING, Clerk



                                                                   Tracy Sutton
                                                                   Deputy Clerk