**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:     (310) 396-9600
Facsimile:     (310) 396-9635
Email: Wkreger@maklawyers.com
           TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:     (925) 324-2159
Facsimile:     (925) 945-1276
Email: manfromcal@sbcglobal.net

Attorney for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>　　　Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**DECLARATION OF STEVEN ELSTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**<br><br>[Filed Concurrently Herewith: Plaintiffs' Request For Judicial Notice In Support Of Plaintiffs' Opposition To Defendants' Motion To Transfer; Plaintiffs' Opposition To Defendants' Motion To Transfer; And [Proposed] Order Denying Defendants' Motion]<br><br>Date:　　　May 30, 2008<br>Time:　　　9:00 a.m.<br>Courtroom: 10<br>Judge:　　　Hon. Susan Illston |

1

**Declaration of Steven Elster in Support of Plaintiffs' Opposition to Transfer**
**CASE NO.: C-08-00177 SI**

I, Steven Elster, declare as follows:

1) I am an attorney duly licensed to practice in the Northern District of California. I am one of the attorneys of records for plaintiffs James Brady, Travis Call, Sarah Cavanagh, Julia Longenecker, Pedro Noyola and Christopher Sulit (collectively "Plaintiffs") in *Brady v. Deloitte & Touche LLP and Deloitte Tax LLP*, Case No. C-08-00177 SI ("*Brady*") in the Northern District of California. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto. I submit this declaration in support of Plaintiffs Opposition to defendants Deloitte & Touche LLP's and Deloitte Tax LLP's (collectively "Defendants") Motion to Transfer.

2) Plaintiffs James Brady and Travis Call are both residents of the Northern District of California.

3) On Wednesday, May 7, 2008, I spoke by phone with William Harris. Mr. Harris is one of the attorneys of record for the plaintiff in *Stepan Mekhitarian v. Deloitte & Touche, (ICS) LLC and Deloitte Tax, LLP*, Case No. CV 07-00412-DSF (MAN) ("*Mekhitarian*") in the Central District of California. Mr. Harris informed me of the various details of the *Mekhitarian* case as noted herein.

3) The plaintiff in *Mekhitarian*, Stepan Mekhitarian, was employed by Defendants in their Lead Tax practice. He did not work in Defendants' Audit line of service ("Audit") or in their Global Employer Services practice ("GES").

4) Discovery in *Mekhitarian* has proceeded for approximately fifteen months. Discovery prior to a class certification motion in *Mekhitarian* is almost complete. The plaintiff's discovery in *Mekhitarian* has focused almost entirely on Defendants' Lead Tax practice. Discovery has not focused on Defendants' Audit or GES units or employees in those units. Depositions taken in *Mekhitarian* has focused almost entirely on employees in Defendants' Lead Tax practice. The focus of those depositions has been almost entirely on Defendants' Lead Tax practice. The plaintiff

2

**Declaration of Steven Elster in Support of Plaintiffs' Opposition to Transfer**
**CASE NO.: C-08-00177 SI**

in *Mekhitarian* has obtained little if any evidence regarding Defendants' Audit or GES units or employees in those units. The plaintiff in *Mekhitarian* does not intend to seek discovery regarding Defendants' Audit or GES units or employees in those units.

   5) The motion for class certification in *Mekhitarian* is due by July 28, 2008. The motion will only seek certification of a class of employees from Defendants' Lead Tax practice. The motion will not seek certification of a class of employees from Defendants' Audit or GES units.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed on this 7th day of May, 2008 in Concord, California.

_____
Steven Elster