1  **MILSTEIN, ADELMAN & KREGER, LLP**
   WAYNE S. KREGER, STATE BAR NO. 154759
2  WILLIAM A. BAIRD, STATE BAR NO. 192675
   2800 Donald Douglas Loop North
3  Santa Monica, California 90405
   Telephone:  (310) 396-9600
4  Facsimile:  (310) 396-9635
   Email:  Wkreger@maklawyers.com
5          Tbaird@maklawyers.com

6  **LAW OFFICE OF STEVEN ELSTER**
   STEVEN ELSTER, State Bar No. 227545
7  785/E2 Oak Grove Road, #201
   Concord, CA 94518-3617
8  Telephone:  (925) 324-2159
   Facsimile:  (925) 945-1276
9  Email:  manfromcal@sbcglobal.net

10 Attorneys for Plaintiffs JAMES BRADY,
   TRAVIS CALL, SARAH CAVANAGH,
11 JULIA LONGENECKER, PEDRO NOYOLA
   and CHRISTOPHER SULIT

12                **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 JAMES BRADY, TRAVIS CALL, SARAH       )   CASE NO. C-08-00177 SI
   CAVANAGH, JULIA LONGENECKER,          )
16 PEDRO NOYOLA and CHRISTOPHER SULIT,   )
   individually and on behalf of all others similarly )   **[PROPOSED] ORDER DENYING**
17 situated,                             )   **DEFENDANTS' MOTION TO**
                                         )   **TRANSFER**
18                Plaintiffs,            )
                                         )   [Filed Concurrently Herewith: Plaintiffs'
19      vs.                              )   Opposition To Defendants' Motion To
                                         )   Transfer; Declaration Of Steven Elster In
20 DELOITTE & TOUCHE LLP, a limited liability )   Support Of Plaintiffs' Opposition To
   partnership; DELOITTE TAX LLP; and DOES )   Defendants' Motion To Transfer; And
21 1-10, inclusive,                      )   Plaintiffs' Request For Judicial Notice In
                                         )   Support Of Opposition To Defendants'
22                Defendants.            )   Motion To Transfer]
                                         )
23                                       )
                                         )   Date:       May 30, 2008
24                                       )   Time:       9:00 a.m.
                                         )   Courtroom: 10
25 _____)   Judge:      Hon. Susan Illston

26

27

28

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

**PROPOSED] ORDER**

After reviewing all necessary matters, the Court hereby finds that defendants Deloitte &

Touche LLP and Deloitte Tax LLP ("Defendants") have not shown good cause to justify transfer of

this action to the Central District of California.  Accordingly, the Court makes the following order:

Defendants' Motion to Transfer is DENIED.


IT IS SO ORDERED.


DATE: _____, 2008




_____
Honorable Susan Illston
Judge of the United States District Court,
Northern District of California

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

[PROPOSED] ORDER DENYING MOTION TO TRANSFER
C-08-00177 SI