**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, STATE BAR NO. 154759
WILLIAM A. BAIRD, STATE BAR NO. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
Email: wkreger@maklawyers.com
         tbaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:  (925) 945-1276
Email: manfromcal@sbcglobal.net

Attorneys for Plaintiffs JAMES BRADY,
TRAVIS CALL, SARAH CAVANAGH,
JULIA LONGENECKER, PEDRO NOYOLA
and CHRISTOPHER SULIT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO. C-08-00177 SI<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**<br><br>[Filed Concurrently Herewith: Plaintiffs' Opposition To Defendants' Motion For More Definite Statement]<br><br>Date:         May 30, 2008<br>Time:        9:00 a.m.<br>Courtroom: 10<br>Judge:       Hon. Susan Illston |

**[PROPOSED] ORDER**

After reviewing all necessary matters, the Court hereby finds that defendants Deloitte & Touche LLP and Deloitte Tax LLP ("Defendants") have not shown good cause to require Plaintiffs James Brady, Travis Call, Sarah Cavanagh, Julia Longenecker, Pedro Noyola and Christopher Sulit, individually and on behalf of all others similarly situated ("Plaintiffs"), to provide a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).  Accordingly, the Court makes the following order:

Defendants' Motion for a More Definite Statement is DENIED.

IT IS SO ORDERED.

DATE: _____, 2008

_____
Honorable Susan Illston
Judge of the United States District Court,
Northern District of California

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405