SEYFARTH SHAW LLP
Kenneth D. Sulzer (State Bar No. 120253)
Andrew M. Paley (State Bar No. 149699)
Sheryl L. Skibbe (State Bar No. 199441)
Regina A. Musolino (State Bar No. 198872)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Email:  ksulzer@seyfarth.com; apaley@seyfarth.com
        sskibbe@seyfarth.com; rmusolino@seyfarth.com

Attorneys for Defendants
DELOITTE & TOUCHE LLP and
DELOITTE TAX LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-08-00177 SI<br><br>The Honorable Susan Illston<br><br>**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>[F.R.C.P. RULE 12(e)]<br><br>**Date: May 30, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10** |

Lodged herewith is Defendants' Deloitte & Touche LLP and Deloitte Tax LLP's [Proposed] Order Re Defendants' Motion to Transfer Venue.

| | |
|---|---|
| DATED: May 16, 2008 | SEYFARTH SHAW LLP<br><br>By: _____<br>Sheryl L. Skibbe<br>Attorneys for Defendants<br>DELOITTE & TOUCHE LLP and<br>DELOITTE TAX |

**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANTS'
MOTION TO TRANSFER VENUE
C-08-00177 SI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-08-00177 SI<br><br>The Honorable Susan Illston<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>**[F.R.C.P. RULE 12(e)]**<br><br>**Date: May 30, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 10** |

**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO TRANSFER VENUE**
C-08-00177 SI

1  **ORDER**

2  On May 30, 2008, Defendants DELOITTE & TOUCHE LLP and
3  DELOITTE TAX LLP's ("Defendants") Motion to Transfer Venue came on for
4  hearing before the Honorable Susan Illston in Courtroom 10 of the above-entitled
5  Court.  Appearances were made as stated in the record.  Having considered the
6  arguments of counsel, and the papers submitted in support of and in opposition to
7  the Motion, **IT IS HEREBY ORDERED AS FOLLOWS:**

8  Defendants' Motion to Transfer Venue is **GRANTED.**

9  **IT IS SO ORDERED.**

10

11  Dated: _____, 2008             _____
                                                    THE HONORABLE SUSAN ILLSTON
                                                    UNITED STATES DISTRICT COURT JUDGE
12

13  Proposed Order Prepared and Respectfully Submitted by:
14
   SEYFARTH SHAW LLP
15  Kenneth D. Sulzer (State Bar No. 120253)
   Andrew M. Paley (State Bar No. 149699)
16  Sheryl L. Skibbe (State Bar No. 199441)
   Regina A. Musolino (State Bar No. 198872)
17  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
18  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
19
   Email:  ksulzer@seyfarth.com; apaley@seyfarth.com
20          sskibbe@seyfarth.com; rmusolino@seyfarth.com

21  Attorneys for Defendants
   DELOITTE & TOUCHE LLP and
22  DELOITTE TAX LLP

23
24  By: _____
25           Sheryl L. Skibbe
26
27
28

---

**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO TRANSFER VENUE**
C-08-00177 SI