1  SEYFARTH SHAW LLP
   Kenneth D. Sulzer (State Bar No. 120253)
2  Andrew M. Paley (State Bar No. 149699)
   Sheryl L. Skibbe (State Bar No. 199441)
3  Regina A. Musolino (State Bar No. 198872)
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Email:  ksulzer@seyfarth.com; apaley@seyfarth.com
           sskibbe@seyfarth.com; rmusolino@seyfarth.com
7
   Attorneys for Defendants
8  DELOITTE & TOUCHE LLP and
   DELOITTE TAX LLP
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  JAMES BRADY, TRAVIS CALL,           )  Case No. C-08-00177 SI
    SARAH CAVANAGH, JULIA               )
13  LONGENECKER, PEDRO NOYOLA           )  The Honorable Susan Illston
    and CHRISTOPHER SULIT,              )
14  individually and on behalf of all others )  **NOTICE OF LODGING
    similarly situated,                 )  [PROPOSED] ORDER RE
15                                      )  DEFENDANTS' MOTION FOR
                 Plaintiffs,            )  MORE DEFINITE STATEMENT**
16                                      )
           v.                           )  **[F.R.C.P. RULE 12(e)]**
17                                      )
    DELOITTE & TOUCHE LLP, a limited    )
18  liability partnership; DELOITTE TAX )  **Date: May 30, 2008
    LLP; and DOES 1-10, inclusive,      )  Time: 9:00 a.m.**
19                                      )  **Courtroom: 10**
                 Defendants.            )
20  _____ )

21         Lodged herewith is Defendants' Deloitte & Touche LLP and Deloitte Tax LLP's

22  [Proposed] Order Re Defendants' Motion For More Definite Statement.

23  DATED: May 16, 2008                    SEYFARTH SHAW LLP

24
                                          By: /s/ Sheryl Skibbe
25                                             Sheryl L. Skibbe
                                          Attorneys for Defendants
26                                        DELOITTE & TOUCHE LLP and
                                          DELOITTE TAX
27

28

**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANTS'
MOTION FOR MORE DEFINITE STATEMENT
C-08-00177 SI**

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-08-00177 SI<br><br>The Honorable Susan Illston<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**<br><br>**[F.R.C.P. RULE 12(e)]**<br><br>Date: May 30, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10 |

**[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**
C-08-00177 SI

# ORDER

On May 30, 2008, Defendants DELOITTE & TOUCHE LLP and DELOITTE TAX LLP's ("Defendants") Motion for More Definite Statement came on for hearing before the Honorable Susan Illston in Courtroom 10 of the above-entitled Court. Appearances were made as stated in the record. Having considered the arguments of counsel, and the papers submitted in support of and in opposition to the Motion, **IT IS HEREBY ORDERED AS FOLLOWS:**

Defendants' Motion for More Definite Statement is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

Proposed Order Prepared and Respectfully Submitted by:
SEYFARTH SHAW LLP
Kenneth D. Sulzer (State Bar No. 120253)
Andrew M. Paley (State Bar No. 149699)
Sheryl L. Skibbe (State Bar No. 199441)
Regina A. Musolino (State Bar No. 198872)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Email:  ksulzer@seyfarth.com; apaley@seyfarth.com
        sskibbe@seyfarth.com; rmusolino@seyfarth.com

Attorneys for Defendants
DELOITTE & TOUCHE LLP and
DELOITTE TAX LLP

By: _/s/ Sheryl L. Skibbe_
       Sheryl L. Skibbe

---

[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT
C-08-00177 SI