UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL  MINUTES</u>

Date:   <u>May 30, 2008</u>         (9:29am - 9:53am)

Case No.   <u>C08-0177 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>JAMES BRADY</u> -v- <u>DELOITTE & TOUCHE</u>

Attorneys: Steven Elster, William Baird, Andrew Paley

Deputy Clerk: <u>Monica Narcisse for Tracy Sutton</u>  Court Reporter:   <u>Margo Gurule</u>

**PROCEEDINGS**

1)   <u>Defendant's Motion for More Definite Statement  - DENIED without prejudice</u>

2)   <u>Defendant's Motion to Transfer Venue - DENIED without prejudice</u>

3)   <u>                                                                                                                       </u>

Order to be prepared by:  (  )Pltf    (  )Deft    ( **X** )Court

Disposition :  ( ) GRANTED, ( **X** ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                             PART

Case continued to   **August 15, 2008  @ 2:00 p.m.** for Further Status Conference

Case continued to      **@ 9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**   for Pretrial Conference

Case continued to    **@ 8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
•       Plaintiff shall file amended complaint by 6/13/2008.
•       Court advises the parties to reassess their positions.