IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, *et al.*, | No. C 08-177 SI |
| Plaintiffs, | **ORDER DENYING MOTION TO TRANSFER VENUE, DENYING MOTION FOR A MORE DEFINITE STATEMENT, AND ORDERING PLAINTIFF TO AMEND COMPLAINT** |
| v. | |
| DELOITTE & TOUCHE LLP, DELOITTE TAX, AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

On May 30, 2008, the Court heard argument on defendants' motion to transfer venue and defendants' motion for a more definite statement. For the reasons discussed at the hearing, the Court hereby DENIES both motions without prejudice. The Court orders plaintiffs to file an amended complaint clarifying the scope of the putative class by **June 13, 2008** (Docket Nos. 15, 16).

**IT IS SO ORDERED.**

Dated: June 2, 2008

SUSAN ILLSTON
United States District Judge