**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
Email:  TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:  (925) 945-1276
Email:  manfromcal@sbcglobal.net

Attorneys for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

### IN THE UNITED STATES DISTRICT COURT

### THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**DECLARATION OF WILLIAM A. BAIRD IN SUPPORT OF STIPULATION AND [ORDER] RE: FILING DATE OF SECOND AMENDED COMPLAINT** |

1

DECLARATION OF WILLIAM A. BAIRD IN SUPPORT OF STIPULATION AND [ORDER]
RE: FILING DATE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT

1.      I am an attorney admitted to practice before all courts in the State of California and I am a senior associate of the law firm of Milstein, Adelman, & Kreger LLP, counsel of record for Plaintiffs ("Plaintiffs") in this action. I make this Declaration from my own personal knowledge and, if called upon, would and could competently testify to the following matters.

2.      On May 30, 2008, the Court ordered Plaintiffs to file an amended complaint ("Second Amended Complaint") clarifying the scope of the putative class by June 13, 2008.

3.      The plaintiff in the case of *Stepan Mekhitarian v. Deloitte & Touche, (ICS) LLC and Deloitte Tax, LLP*, Case No. CV-07-00412-DSF (MAN) ("*Mekhitarian*") in the Central District of California is expected to file a motion for class certification on approximately June 13, 2008 on behalf of certain Tax employees of Defendants.

4.      The parties believe it will facilitate Plaintiffs here in clarifying the scope of the putative class in this case by seeing the scope of the class sought in *Mekhitarian* when the class certification motion is filed in that case.

5.      The parties agree that it will be most efficient for Plaintiffs to refrain from filing a Second Amended Complaint until after the class certification motion is filed in *Mekhitarian*. Accordingly, the parties request that Plaintiffs date for filing a Second Amended Complaint be extended from June 13, 2008 to June 30, 2008.

6.      This requested extension will have no impact on the Further Status Conference presently scheduled for August 15, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 10th day of June, 2008, in Santa Monica, California.

/s/ WILLIAM A. BAIRD

2

DECLARATION OF WILLIAM A. BAIRD IN SUPPORT OF STIPULATION AND [ORDER] RE: FILING DATE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT