**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone: (925) 324-2159
Facsimile: (925) 945-1276
Email: manfromcal@sbcglobal.net

Attorneys for Plaintiffs James Brady,
Travis Call, Sarah Cavanagh,
Julia Longenecker, Pedro Noyola &
Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION AND [ORDER] RE: FILING DATE OF SECOND AMENDED COMPLAINT** |

Representative Plaintiffs JAMES BRADY, TRAVIS CALL, SARAH CAVANAGH, JULIA LONGENECKER, PEDRO NOYOLA and CHRISTOPHER SULIT ("Plaintiffs"), request as follows:

1. Whereas on May 30, 2008, the Court ordered Plaintiffs to file an amended complaint ("Second Amended Complaint") clarifying the scope of the putative class by June 13, 2008.

2. Whereas the plaintiff in the case of *Stepan Mekhitarian v. Deloitte & Touche, (ICS) LLC and Deloitte Tax, LLP*, Case No. CV-07-00412-DSF (MAN) ("*Mekhitarian*") in the Central District of California is expected to file a motion for class certification on approximately June 13, 2008 on behalf of certain Tax employees of Defendants.

3. Whereas it will facilitate Plaintiffs here in clarifying the scope of the putative class in this case by seeing the scope of the class sought in *Mekhitarian* when the class certification motion is filed in that case.

4. Whereas the Further Status Conference in this case is set for August 15, 2008.

5. Plaintiffs and Defendants agree that Plaintiffs may file their Second Amended Complaint by June 30, 2008. Plaintiffs and Defendants also agree to stay discovery until Plaintiffs file their Second Amended Complaint.

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

COUNSEL FOR PLAINTIFFS

DATE: June 11, 2008          By: /s/ WILLIAM A. BAIRD
                             WILLIAM A. BAIRD
                             Milstein, Adelman & Kreger, LLP

COUNSEL FOR DEFENDANTS

DATE: June 11, 2008          By: /s/ REGINA A. MUSOLINO
                             Regina A. Musolino
                             Seyfarth Shaw LLP

After consideration of the above Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that pursuant to stipulation Plaintiffs may file their Second Amended Complaint by no later than June 30, 2008.

IT IS SO ORDERED.

DATE: June 11, 2008

_____
The Honorable Susan Illston

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

4
STIPULATION AND [ORDER] RE: FILING DATE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT