**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:    (310) 396-9600
Facsimile:    (310) 396-9635
Email:          TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:   (925) 945-1276
Email:          manfromcal@sbcglobal.net

Attorneys for Plaintiffs James Brady,
Sarah Cavanagh, & Christopher Sulit

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>       Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION RE: FILING DATE OF DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT** |

Representative Plaintiffs JAMES BRADY, SARAH CAVANAGH, and

CHRISTOPHER SULIT ("Plaintiffs") and Defendants Deloitte & Touche LLP and

1

STIPULATION RE: DATE OF DEFENDANTS' RESPONSE TO SECOND AMENDED
COMPLAINT

Deloitte Tax LLP ("Defendants") stipulate as follows:

1.    Whereas on June 30, 2008, Plaintiffs filed and served their Second Amended Complaint ("SAC").

2.    Whereas Defendants' response to Plaintiffs' SAC is due on July 20, 2008.

3.    Whereas Plaintiffs would like two additional weeks to evaluate the status of Deloitte Tax LLP as a continuing defendant in this case.

4.    It is hereby stipulated, pursuant to Local Rule 6-1, by and between Plaintiffs and Defendants, that Defendants shall respond to Plaintiffs' Second Amended Complaint by August 4, 2008.

DATED:    July 17, 2008        LAW OFFICE OF STEVEN ELSTER


                              By: __s/Steven Elster_____
                                      STEVEN ELSTER

                              Attorney for Plaintiffs
                              JAMES BRADY, SARAH CAVANAGH and
                              CHRISTOPHER SULIT

DATED:    July 17, 2008        SEYFARTH SHAW LLP



                              By: __s/Andrew Paley_____ _____ _____
                                      ANDREW PALEY

                              Attorneys for Defendants
                              DELOITTE & TOUCHE LLP and
                              DELOITTE TAX LLP

2

STIPULATION RE: DATE OF DEFENDANTS' RESPONSE TO SECOND AMENDED
COMPLAINT

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  JAMES BRADY, SARAH                    )  Case No. C-08-00177 SI
    CAVANAGH, and CHRISTOPHER             )
12  SULIT, individually and on behalf of all )  The Honorable Susan Illston
    others similarly situated,            )
13                                        )  **[PROPOSED] ORDER
                                          )  GRANTING STIPULATION RE
            Plaintiffs,                   )  TIME TO RESPOND TO
14                                        )  SECOND AMENDED
        v.                                )  COMPLAINT**
15                                        )
    DELOITTE & TOUCHE LLP, a limited      )
16  liability partnership; DELOITTE TAX   )
    LLP; and DOES 1-10, inclusive,        )
17                                        )
            Defendants.                   )
18                                        )
                                          )
19 _____)

20

21

22

23

24

25

26

27

28

LA1 6714355.1

1

2

      Based on the Stipulation of the parties, and for good cause shown,

3

Defendants' time to answer, move to dismiss, or otherwise respond to Plaintiffs'

4

complaint in this case shall be extended until August 4, 2008.

5

      IT IS SO ORDERED.

6

7

DATED:     , 2008                  _____

                                        Hon. Susan Illston

8

                           United States District Court Judge

9

Respectfully Submitted by:

10

SEYFARTH SHAW LLP

Kenneth D. Sulzer (State Bar No. 120253)

11

Andrew M. Paley (State Bar No. 149699)

Sheryl L. Skibbe (State Bar No. 199441)

12

Regina A. Musolino (State Bar No. 198872)

2029 Century Park East, Suite 3300

13

Los Angeles, California 90067-3063

Telephone: (310) 277-7200

14

Facsimile: (310) 201-5219

15

Attorneys for Defendants

16

DELOITTE TAX LLP and DELOITTE & TOUCHE LLP

17

By_____s/Andrew M. Paley_____ _____

18

          Andrew M. Paley

19

20

21

22

23

24

25

26

27

28

LA1 6714355.1