UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-08-00177 SI<br><br>The Honorable Susan Illston<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

LA1 6714355.1

Based on the Stipulation of the parties, and for good cause shown, Defendants' time to answer, move to dismiss, or otherwise respond to Plaintiffs' complaint in this case shall be extended until August 4, 2008.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Hon. Susan Illston
United States District Court Judge

Respectfully Submitted by:
SEYFARTH SHAW LLP
Kenneth D. Sulzer (State Bar No. 120253)
Andrew M. Paley (State Bar No. 149699)
Sheryl L. Skibbe (State Bar No. 199441)
Regina A. Musolino (State Bar No. 198872)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
DELOITTE TAX LLP and DELOITTE & TOUCHE LLP

By_____s/Andrew M. Paley_____
        Andrew M. Paley

LA1 6714355.1