LINDA E. SHOSTAK (CA SBN 64599)
LShostak@mofo.com
JAMES E. BODDY, JR. (CA SBN 65244)
JBoddy@mofo.com
KATHRYN M. DAVIS (CA SBN 203454)
KathrynDavis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
DELOITTE & TOUCHE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   C-08-00177 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DELOITTE & TOUCHE LLP AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Deloitte & Touche LLP ("Deloitte") hereby substitutes Morrison & Foerster LLP, at the address and telephone number above, as counsel of record in this action, in the place of Seyfarth Shaw LLP.

WE CONSENT TO SUBSTITUTION:

Dated: July 31, 2008                    DELOITTE & TOUCHE LLP

By:     s/Ella Solomons
        ELLA SOLOMONS

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated: July 31, 2008                    SEYFARTH SHAW LLP

By:     s/Andrew M. Paley
        ANDREW M. PALEY

NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: July 31, 2008                    LINDA E. SHOSTAK
                                        JAMES E. BODDY, JR.
                                        KATHRYN M. DAVIS
                                        MORRISON & FOERSTER LLP

By:     s/Linda E. Shostak
        LINDA E. SHOSTAK

Attorneys for Defendant
DELOITTE & TOUCHE LLP

### [PROPOSED] ORDER

This substitution is hereby approved.  IT IS SO ORDERED.

Dated: _____

By: _____
    Honorable Susan Illston
    UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DELOITTE & TOUCHE LLP — C-08-00177 SI        2

wc-138287

**GENERAL ORDER 45 ATTESTATION**

I, Linda E. Shostak, am the ECF User whose ID and password are being used to file this Notice Of Substitution Of Counsel For Defendant Deloitte & Touche LLP And [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Ella Solomons and Andrew M. Paley concur with this filing.

s/Linda E. Shostak  
LINDA E. SHOSTAK