1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  JAMES E. BODDY, JR. (CA SBN 65244)
   JBoddy@mofo.com
3  KATHRYN M. DAVIS (CA SBN 203454)
   KathrynDavis@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   DELOITTE & TOUCHE LLP
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 | JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated, | Case No.   C-08-00177 SI
   |  | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DELOITTE & TOUCHE LLP AND [PROPOSED] ORDER**
   | Plaintiffs, |
   | v. |
   | DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive, |
   | Defendants. |

21     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     PLEASE TAKE NOTICE that Defendant Deloitte & Touche LLP ("Deloitte") hereby

23 substitutes Morrison & Foerster LLP, at the address and telephone number above, as counsel of record

24 in this action, in the place of Seyfarth Shaw LLP.

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DELOITTE & TOUCHE LLP — C-08-00177 SI    1
wc-138287

WE CONSENT TO SUBSTITUTION:

Dated:  July 31, 2008                                   DELOITTE & TOUCHE LLP

                                                        By:  ___s/Ella Solomons___
                                                             ELLA SOLOMONS

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated:  July 31, 2008                                   SEYFARTH SHAW LLP

                                                        By:  ___s/Andrew M. Paley___
                                                             ANDREW M. PALEY

NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: July 31, 2008                                    LINDA E. SHOSTAK
                                                        JAMES E. BODDY, JR.
                                                        KATHRYN M. DAVIS
                                                        MORRISON & FOERSTER LLP


                                                        By:  ___s/Linda E. Shostak___
                                                             LINDA E. SHOSTAK

                                                        Attorneys for Defendant
                                                        DELOITTE & TOUCHE LLP

### [PROPOSED] ORDER

This substitution is hereby approved.  IT IS SO ORDERED.

Dated: _____

                                                        By:  _____
                                                             Honorable Susan Illston
                                                             UNITED STATES DISTRICT JUDGE

**GENERAL ORDER 45 ATTESTATION**

I, Linda E. Shostak, am the ECF User whose ID and password are being used to file this Notice Of Substitution Of Counsel For Defendant Deloitte & Touche LLP And [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Ella Solomons and Andrew M. Paley concur with this filing.

                                                               s/Linda E. Shostak
                                                               LINDA E. SHOSTAK