**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:   (310) 396-9600
Facsimile:   (310) 396-9635
Email: TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:   (925) 945-1276
Email: manfromcal@sbcglobal.net

Attorneys for Plaintiffs James Brady,
Sarah Cavanagh, & Christopher Sulit

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>　　　Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION RE: DISMISSAL OF DELOITTE TAX LLP** |

---
1
STIPULATION RE DISMISSAL OF DELOITTE TAX LLP

**IT IS HEREBY STIPULATED** by and between Representative Plaintiffs JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT ("Plaintiffs") and Defendants Deloitte & Touche LLP and Deloitte Tax LLP as follows:

1. Plaintiffs shall dismiss Deloitte Tax LLP without prejudice from this action;

2. Deloitte Tax LLP shall bear its own costs and attorneys' fees associated with defending itself in this action and it waives any right it might have to recover such costs and attorneys' fees from plaintiffs previously dismissed from this action or, subject to FRCP 41(d), from Plaintiffs.

DATED:   August 4, 2008            LAW OFFICE OF STEVEN ELSTER

                                   By: /s/ Steven Elster
                                       STEVEN ELSTER

                                   Attorney for Plaintiffs
                                   JAMES BRADY, SARAH CAVANAGH and
                                   CHRISTOPHER SULIT

DATED:   August 4, 2008            SEYFARTH SHAW LLP

                                   By: /s/ Andrew Paley
                                       ANDREW PALEY

                                   Attorneys for Defendants
                                   DELOITTE & TOUCHE LLP and
                                   DELOITTE TAX LLP