**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-08-0177SI            Judge:   SUSAN ILLSTON

Title: JAMES BRADY  -v- DELOITTE & TOUCHE

Attorneys: Wm. Baird, S. Elster            L. Shostak

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                         PART

Case continued to     for Initial Case Management Conference

Case continued to **8/7/09   @ 9:00 a.m.**   for Motion to Certify Class
(Motion due 5/22/09, Opposition 6/19/09  Reply 7/17/09 )

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties were granted leave to issue 50 interrogatories per side and may conduct 21 hours of 30(b)(6) depositions.