1  Jeffrey K. Compton (SBN 142969)
   jcompton@mzclaw.com
2  Daria Dub Carlson (SBN 150628)
   dcarlson@mzclaw.com
3  William A. Baird (SBN 192675)
   tbaird@mzclaw.com
4  MARKUN ZUSMAN & COMPTON LLP
   17383 Sunset Boulevard, Suite A380
5  Pacific Palisades, California 90272
   Telephone: (310) 454-5900
6  Facsimile: (310) 454-5970

7

8  Steven Elster (SBN 227545)
   manfromcal@sbcglobal.net
9  LAW OFFICE OF STEVEN ELSTER
   785/E2 Oak Grove Road, #201
10 Concord, California 94518-3617
   Telephone: (925) 324-2159
11 Facsimile: (925) 945-1276

12 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: 3:08-cv-00177 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON** |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs James Brady, Sarah Cavanagh and Christopher Sulit ("Plaintiffs) hereby substitute William A. Baird of Markun Zusman & Compton, LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger, LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

WE CONSENT TO SUBSTITUTION:

Dated: June 15, 2009

_____
James Brady

Dated: June ___, 2009

_____
Sarah Cavanagh

Dated: June ___, 2009

_____
Christopher Sulit

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON – 3:08-cv-00177 SI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs James Brady, Sarah Cavanagh and Christopher Sulit ("Plaintiffs) hereby substitute William A. Baird of Markun Zusman & Compton, LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger, LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

WE CONSENT TO SUBSTITUTION:

Dated: June ___, 2009

_____
James Brady

Dated: June 13, 2009

*Sarah Cavanagh/Federico*
_____
Sarah Cavanagh

Dated: June ___, 2009

_____
Christopher Sulit

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs James Brady, Sarah Cavanagh and Christopher Sulit ("Plaintiffs) hereby substitute William A. Baird of Markun Zusman & Compton, LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger, LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

WE CONSENT TO SUBSTITUTION:

Dated: June ___, 2009

_____
James Brady

Dated: June ___, 2009

_____
Sarah Cavanagh

Dated: June 22, 2009

_____
Christopher Sulit

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON – 3:08-cv-00177 SI

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009          MILSTEIN, ADELMAN & KREGER LLP

By: /s/ Wayne S. Kreger
_____

NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009          MARKUN ZUSMAN & COMPTON LLP

By: /s/ William A. Baird
_____

## [PROPOSED] ORDER

This substitution is hereby approved. IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

1

2  FORMER COUNSEL CONSENTS TO SUBSTITUTION:

3  Dated: June 10, 2009                    MILSTEIN, ADELMAN & KREGER LLP

4

5                                          /s/ Wayne S. Kreger
                                        By: _____
6

7  NEW COUNSEL CONSENTS TO SUBSTITUTION:

8  Dated: June 10, 2009                    MARKUN ZUSMAN & COMPTON LLP

9

10

11                                          /s/ William A. Baird
                                        By: _____
12

13

14                              **[PROPOSED] ORDER**

15     This substitution is hereby approved.  IT IS SO ORDERED.

16

17

18  Dated: _____         _____
                                              Honorable Susan Illston
19                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

3