1 | Jeffrey K. Compton (SBN 142969)
  | jcompton@mzclaw.com
2 | Daria Dub Carlson (SBN 150628)
  | dcarlson@mzclaw.com
3 | William A. Baird (SBN 192675)
  | tbaird@mzclaw.com
4 | MARKUN ZUSMAN & COMPTON LLP
  | 17383 Sunset Boulevard, Suite A380
5 | Pacific Palisades, California 90272
  | Telephone: (310) 454-5900
6 | Facsimile: (310) 454-5970

8 | Steven Elster (SBN 227545)
  | manfromcal@sbcglobal.net
9 | LAW OFFICE OF STEVEN ELSTER
  | 785/E2 Oak Grove Road, #201
10 | Concord, California 94518-3617
   | Telephone: (925) 324-2159
11 | Facsimile: (925) 945-1276

12 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: 3:08-cv-00177 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON** |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs James Brady, Sarah Cavanagh and Christopher Sulit ("Plaintiffs) hereby substitute William A. Baird of Markun Zusman & Compton, LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger, LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

WE CONSENT TO SUBSTITUTION:

Dated: June 15, 2009

_____
James Brady

Dated: June ___, 2009

_____
Sarah Cavanagh

Dated: June ___, 2009

_____
Christopher Sulit

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON – 3:08-cv-00177 SI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs James Brady, Sarah Cavanagh and Christopher Sulit ("Plaintiffs) hereby substitute William A. Baird of Markun Zusman & Compton, LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger, LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

WE CONSENT TO SUBSTITUTION:

Dated: June ___, 2009

_____
James Brady

Dated: June 13, 2009

*Sarah Cavanagh/Federico*
_____
Sarah Cavanagh

Dated: June ___, 2009

_____
Christopher Sulit

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs James Brady, Sarah Cavanagh and Christopher Sulit ("Plaintiffs) hereby substitute William A. Baird of Markun Zusman & Compton, LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger, LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

WE CONSENT TO SUBSTITUTION:

Dated: June ___, 2009

_____
James Brady

Dated: June ___, 2009

_____
Sarah Cavanagh

Dated: June 22, 2009

_____
Christopher Sulit

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009                    MILSTEIN, ADELMAN & KREGER LLP


                                                /s/ Wayne S. Kreger
                                        By: _____

NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009                    MARKUN ZUSMAN & COMPTON LLP


                                                /s/ William A. Baird
                                        By: _____


### [PROPOSED] ORDER

This substitution is hereby approved.  IT IS SO ORDERED.


Dated: _____          _____
                                                Honorable Susan Illston
                                        UNITED STATES DISTRICT JUDGE

3

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON – 3:08-cv-00177 SI

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009                 MILSTEIN, ADELMAN & KREGER LLP

By: /s/ Wayne S. Kreger

NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009                 MARKUN ZUSMAN & COMPTON LLP

By: /s/ William A. Baird

### [PROPOSED] ORDER

This substitution is hereby approved. IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE