LINDA E. SHOSTAK (CA SBN 64599)
LShostak@mofo.com
JAMES E. BODDY, JR. (CA SBN 65244)
JBoddy@mofo.com
KATHRYN M. DAVIS (CA SBN 203454)
KathrynDavis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
DELOITTE & TOUCHE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; DELOITTE TAX LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-08-00177-SI<br><br>**HON. SUSAN ILLSTON**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

# STIPULATION

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiffs and Defendant, through their counsel submit the following stipulation and [proposed] order regarding the Case Management Conference in this action.

WHEREAS, there is a Case Management Conference scheduled for June 26, 2009, at 3:00 p.m.;

WHEREAS, the parties are currently resolving discovery issues that may affect the timing of subsequent dates and expect to have those issues resolved within the week, and agree that it would be best to resolve those issues before the Case Management Conference;

WHEREAS, one of the Plaintiffs' counsel has moved to a new firm and would like to have the substitution of counsel resolved before the Case Management Conference, which the continuance will permit;

WHEREAS, the parties called the Court's clerk originally asking only for a one week continuance, but were informed that July 10, 2009, is the first available date after June 26, 2009, the current date, and thus the Case Management Conference could occur on that date, and therefore the parties are seeking for the Case Management Conference to be reset to that date;

NOW THEREFORE, the parties hereby stipulate that the Court may enter an Order as follows:

1. The Case Management Conference scheduled for June 26, 2009, at 3:00 p.m., shall be continued to July 10, 2009, at 3:00 p.m.; and
2. The deadline for filing the joint case management statement shall be extended to July 3, 2009.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**MARKUN ZUSMAN & COMPTON LLP**

DATED:  June 18, 2009        /s/ William A. Baird
Attorneys for Plaintiffs James Brady, Sarah Cavanagh, and Christopher Sulit

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C-08-001770-SI
wc-141727

1

| | | |
|---|---|---|
|1| |**LAW OFFICE OF STEVEN ELSTER**|
|2|DATED: June 18, 2009|*/s/ Steven Elster*|
|3| |Attorneys for Plaintiffs James Brady, Sarah Cavanagh, and Christopher Sulit|
|4| | |
|5| |**MORRISON & FOERSTER LLP**|
|6|DATED: June 18, 2009|*/s/ Linda E. Shostak*|
| | |Attorneys for Defendant Deloitte & Touche LLP|

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: June 18, 2009    By: */s/ James E. Boddy, Jr.*
                            James E. Boddy, Jr.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                    United States District Judge Susan Illston