**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:   (310) 454-5900
Facsimile:    (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:    (925) 945-1276

Attorneys for Plaintiffs,
**James Brady, Sarah Cavanagh & Christopher Sulit**

**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
KATHRYN M. DAVIS, State Bar No. 203454
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415)268-7000
Facsimile:    (415)268-7522

Attorneys for Defendant,
**Deloitte & Touche LLP**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>     Defendants | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF PLAINTIFF CHRISTOPHER SULIT** |

# STIPULATION

The parties, by and through their counsel of record, hereby stipulate to the dismissal of Plaintiff Christopher Sulit as follows:

WHEREAS, Christopher Sulit was named as a Plaintiff and proposed class representative in this action; and

WHEREAS, the parties have agreed that subject to approval of the Court, Mr. Sulit may be dismissed from this action and withdrawn as a potential class representative;

NOW THEREFORE, the parties hereby stipulate that the Court may enter an Order as follows:

1. Christopher Sulit is hereby dismissed as a named Plaintiff from the action, without prejudice; and
2. Mr. Sulit will not be advanced as a class representative in this action, and no declarations from Mr. Sulit will be offered by the plaintiffs in connection with class certification without further order of the Court. If the class is certified by the Court, this stipulation and order will not affect Mr. Sulit's status as an absent class member.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

COUNSEL FOR PLAINTIFFS

DATE: September ___, 2009    By:    /s/ Jeffrey K.Compton
                                              JEFFREY K. COMPTON
                                              WILLIAM A. BAIRD
                                              Markun Zusman & Compton LLP

STEVE ELSTER
Law Office of Steve Elster

```
 1                          COUNSEL FOR DEFENDANTS
 2
 3   DATE: September ___, 2009    By:    /s/ Linda E. Shostack
                                         LINDA E. SHOSTACK
 4                                       JAMES E. BODDY, JR.
 5                                       Morrison & Foerster LLP
 6
 7
 8
 9
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11
12
13
     DATED:_____         _____
14                                         United States District Judge Susan Illston
15
```

3

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF PLAINTIFF CHRISTOPHER SULIT   Case. No. 3:08-cv-00177-SI