1  **MARKUN ZUSMAN & COMPTON LLP**
   JEFFREY K. COMPTON, State Bar No. 142969
2  DARIA DUB CARLSON, State Bar No. 150628
   WILLIAM A. BAIRD, State Bar No. 192675
3  17383 Sunset Boulevard, Suite A380
   Pacific Palisades, California 90272
4  Telephone:  (310) 454-5900
   Facsimile:  (310) 454-5970
5
   **LAW OFFICE OF STEVEN ELSTER**
6  STEVEN ELSTER, State Bar No. 227545
   785/E2 Oak Grove Road, #201
7  Concord, CA 94518-3617
   Telephone:  (925) 324-2159
8  Facsimile:  (925) 945-1276

9  Attorneys for Plaintiffs,
   JAMES BRADY, SARAH CAVANAGH
10 AND CHRISTOPHER SULIT

11
   **MORRISON & FOERSTER LLP**
12 LINDA E. SHOSTAK, State Bar No. 64599
   JAMES E. BODDY, JR., State Bar No. 65244
13 KATHRYN M. DAVIS, State Bar No. 203454
   425 Market Street
14 San Francisco, California 94105-2482
   Telephone:  (415)268-7000
15 Facsimile:  (415)268-7522

16 Attorneys for Defendant,
   DELOITTE & TOUCHE LLP
17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated, | CASE NO.: C-08-00177 SI |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | |
| Defendants | |

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE   Case. No. 3:08-cv-00177-SI

## STIPULATION

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiffs and Defendant, through their counsel submit the following stipulation and [proposed] order regarding the Case Management Conference in this action.

WHEREAS, there is a Case Management Conference scheduled for September 25, 2009, at 9:00 a.m.;

WHEREAS, the parties are currently meeting and conferring as to discovery and pleading issues that may affect the timing of subsequent dates and agree that further discussion may resolve those issues and obviate the need to bring them before the Court at the Case Management Conference;

WHEREAS, the parties left a message with the Court's clerk and asked to reset the date of the Case Management Conference from September 25, 2009, at 9 a.m. to a different date and were thereafter informed that the Conference could be heard on October 2, 2009, at 3 p.m., and therefore the parties are seeking for the Case Management Conference to occur on that date;

NOW THEREFORE, the parties hereby stipulate that the Court may enter and Order as follows:

1. The Case Management Conference scheduled for September 25, 2009, at 9 a.m. shall be continued to October 9, 2009, at 3 p.m.; and
2. The deadline for filing the Joint Case Management Statement shall be extended in accordance with that date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

|     |                              |                                   |
| --- | ---------------------------- | --------------------------------- |
| 1   |                              | COUNSEL FOR PLAINTIFFS            |
| 3   | DATE: September 18, 2009     | By:  /s/ William A. Baird         |
| 4   |                              | WILLIAM A. BAIRD                  |
| 5   |                              | JEFFREY K. COMPTON                |
|     |                              | Markun Zusman & Compton LLP       |
| 6   |                              | STEVE ELSTER                      |
|     |                              | Law Office of Steve Elster        |

COUNSEL FOR DEFENDANTS

DATE: September 18, 2009        By:   /s/ Kathryn M. Davis
                                LINDA E. SHOSTACK
                                KATHRYN M. DAVIS
                                Morrison & Foerster LLP

### ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE: September 18, 2009        By:   /s/ William A. Baird
                                William A. Baird

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                Honorable Susan Illston
                                United States District Court Judge