**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:  (310) 454-5900
Facsimile:   (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:   (925) 945-1276

Attorneys for Plaintiffs,
**James Brady, Sarah Cavanagh & Christopher Sulit**

**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
KATHRYN M. DAVIS, State Bar No. 203454
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415)268-7000
Facsimile:   (415)268-7522

Attorneys for Defendant,
**Deloitte & Touche LLP**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and CHRISTOPHER SULIT, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>  Defendants | CASE NO.: C-08-00177 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING AMENDED COMPLANT** |

## STIPULATION

The parties, by and through their counsel of record, hereby enter into the following stipulation:

WHEREAS, on July 10, 2009, pursuant to the Joint Case Management Conference Statement submitted by the parties, the Court ordered that the deadline for Plaintiffs to amend the Complaint prior to certification would be September 15, 2009;

WHEREAS, the parties entered into an agreement to extend the September 15, 2009 deadline until at least September 23, 2009, to allow Plaintiffs to complete depositions pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, after conducting discovery, Plaintiffs have determined that it would be appropriate to add Iva Chiu as a named representative Plaintiff;

WHEREAS, after conducting discovery, Plaintiffs have determined that it would be appropriate to clarify titles within the class;

NOW THEREFORE, the parties hereby stipulate that the Court may enter an Order as follows:

1. The Third Amended Complaint, lodged concurrently herewith, shall be deemed filed and served upon Defendant, and filed with the Court, as of the date the Order on this Stipulation is entered by the Court; and
2. The Answer of Defendant to Plaintiff's Second Amended Complaint shall be deemed a sufficient response to Plaintiff's Third Amended Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

|   |   |   |
|---|---|---|
| 1 | | COUNSEL FOR PLAINTIFFS |
| 3 | DATE: September 24, 2009 | By: /s/ William A. Baird |
| 4 | | JEFFREY K. COMPTON |
|   | | WILLIAM A. BAIRD |
|   | | Markun Zusman & Compton LLP |
|   | | STEVE ELSTER |
|   | | Law Office of Steve Elster |
| 8 | | COUNSEL FOR DEFENDANTS |
| 10 | DATE: September 24, 2009 | By: /s/ Linda E. Shostack |
|   | | LINDA E. SHOSTACK |
|   | | JAMES E. BODDY, JR. |
|   | | Morrison & Foerster LLP |

### ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE: September 24, 2009        By: /s/ William A. Baird
                                    William A. Baird

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____        _____
                                     United States District Judge Susan Illston