**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:   (310) 454-5900
Facsimile:    (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:    (925) 945-1276

Attorneys for Plaintiffs,
JAMES BRADY, SARAH CAVANAGH
AND IVA CHIU

**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
KATHRYN M. DAVIS, State Bar No. 203454
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415)268-7000
Facsimile:    (415)268-7522

Attorneys for Defendant,
DELOITTE & TOUCHE LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>      Defendants | CASE NO.: C-08-00177 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE** |

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | **STIPULATION**                                                                      |
| 2   | Pursuant to Local Rules 16 and 7-12, Plaintiffs and Defendant, through their         |
| 3   | respective counsel, submit the following stipulation and [proposed] order regarding  |
| 4   | the class certification schedule and other discovery dates in this action.           |
| 5   | WHEREAS, the current class certification schedule provides that Plaintiffs           |
| 6   | shall file a motion for class certification no later than November 23, 2009; Defendant |
| 7   | shall file an opposition brief no later than December 23, 2009; Plaintiffs shall file a |
| 8   | reply brief no later than January 27, 2009; and the hearing on certification shall take |
| 9   | place on February 19, 2010;                                                          |
| 10  | WHEREAS, the parties recently agreed to slightly modify the schedule to              |
| 11  | accommodate subsequently arising scheduling conflicts;                               |
| 12  | NOW THEREFORE, the parties hereby stipulate, as follows:                             |
| 13  |                                                                                      |
| 14  | 1. Plaintiffs' class certification brief shall be filed no later than November       |
| 15  | 25, 2009; Defendant's opposition brief shall be filed no later than                  |
| 16  | December 24, 2009; Plaintiffs' reply brief shall be filed no later than              |
| 17  | January 28, 2010; and the class certification hearing shall remain on                |
| 18  | February 19, 2010 or any date thereafter as is convenient for the Court;             |
| 19  |                                                                                      |
| 20  | 2.  For the Case Management Conference presently set for March 5, 2010,              |
| 21  | at 3:00 p.m. to be rescheduled to March 12, 2010 or any date as is                   |
| 22  | convenient for the Court.                                                            |

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2
3                                    COUNSEL FOR PLAINTIFFS

4  DATE: November 19, 2009        By: __/s/ William A. Baird_____
5                                     WILLIAM A. BAIRD
6                                     JEFFREY K. COMPTON
                                      Markun Zusman & Compton LLP
7                                     STEVE ELSTER
8                                     Law Office of Steve Elster

9
10                                   COUNSEL FOR DEFENDANTS

11
12 DATE: November 19, 2009        By: ___/s/ Kathryn M. Davis_____
                                      LINDA E. SHOSTACK
13                                    JAMES E. BODDY, JR.
14                                    Morrison & Foerster LLP

15                                **ECF CERTIFICATION**

16    I hereby attest that I have obtained concurrence regarding the filing of this

17 document from each of the signatories within the e-filed document.

18
19 DATE: November 19, 2009        By: __/s/ William A. Baird_____
                                       William A. Baird
20

21
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
22

23

24
                                      [signature: Susan Illston]
25
   DATED: _____         _____
26
                                      Honorable Susan Illston
27                                    United States District Court Judge

28

| | |
|---|---|
| 1 | **MARKUN ZUSMAN & COMPTON LLP** |
| 2 | JEFFREY K. COMPTON, State Bar No. 142969<br>DARIA DUB CARLSON, State Bar No. 150628 |
| 3 | WILLIAM A. BAIRD, State Bar No. 192675<br>17383 Sunset Boulevard, Suite A380 |
| 4 | Pacific Palisades, California 90272<br>Telephone: (310) 454-5900 |
| 5 | Facsimile: (310) 454-5970 |
| 6 | **LAW OFFICE OF STEVEN ELSTER**<br>STEVEN ELSTER, State Bar No. 227545 |
| 7 | 785/E2 Oak Grove Road, #201<br>Concord, CA 94518-3617 |
| 8 | Telephone: (925) 324-2159<br>Facsimile: (925) 945-1276 |
| 9 | Attorneys for Plaintiffs, |
| 10 | JAMES BRADY, SARAH CAVANAGH<br>AND IVA CHIU |
| 11 | |
| 12 | **MORRISON & FOERSTER LLP**<br>LINDA E. SHOSTAK, State Bar No. 64599 |
| 13 | JAMES E. BODDY, JR., State Bar No. 65244<br>KATHRYN M. DAVIS, State Bar No. 203454 |
| 14 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 15 | Telephone: (415)268-7000<br>Facsimile: (415)268-7522 |
| 16 | Attorneys for Defendant, |
| 17 | DELOITTE & TOUCHE LLP |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, | CASE NO.: C-08-00177 SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE** |
| vs. | |
| DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | |
| Defendants | |

1

**Stipulation And [Proposed] Order Re: Class Certification Schedule    Case. No. 3:08-Cv-00177-SI**

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Local Rules 16 and 7-12, Plaintiffs and Defendant, through their |
| 3 | respective counsel, submit the following stipulation and [proposed] order regarding |
| 4 | the class certification schedule and other discovery dates in this action. |
| 5 | WHEREAS, the current class certification schedule provides that Plaintiffs |
| 6 | shall file a motion for class certification no later than November 23, 2009; Defendant |
| 7 | shall file an opposition brief no later than December 23, 2009; Plaintiffs shall file a |
| 8 | reply brief no later than January 27, 2009; and the hearing on certification shall take |
| 9 | place on February 19, 2010; |
| 10 | WHEREAS, the parties recently agreed to slightly modify the schedule to |
| 11 | accommodate subsequently arising scheduling conflicts; |
| 12 | NOW THEREFORE, the parties hereby stipulate, as follows: |

1. Plaintiffs' class certification brief shall be filed no later than November 25, 2009; Defendant's opposition brief shall be filed no later than December 24, 2009; Plaintiffs' reply brief shall be filed no later than January 28, 2010; and the class certification hearing shall remain on February 19, 2010 or any date thereafter as is convenient for the Court;

2. For the Case Management Conference presently set for March 5, 2010, at 3:00 p.m. to be rescheduled to March 12, 2010 or any date as is convenient for the Court.

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |
| 2 | |
| 3 | COUNSEL FOR PLAINTIFFS |

DATE: November 19, 2009        By: __/s/ William A. Baird_____
                                                     WILLIAM A. BAIRD
                                                     JEFFREY K. COMPTON
                                                     Markun Zusman & Compton LLP
                                                     STEVE ELSTER
                                                     Law Office of Steve Elster

COUNSEL FOR DEFENDANTS

DATE: November 19, 2009        By: ___/s/ Kathryn M. Davis_____
                                                    LINDA E. SHOSTACK
                                                   JAMES E. BODDY, JR.
                                                   Morrison & Foerster LLP

### ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE: November 19, 2009        By: __/s/ William A. Baird_____
                                                   William A. Baird

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                               Honorable Susan Illston
                                               United States District Court Judge