1  **MARKUN ZUSMAN & COMPTON LLP**
   JEFFREY K. COMPTON, State Bar No. 142969
2  DARIA DUB CARLSON, State Bar No. 150628
   WILLIAM A. BAIRD, State Bar No. 192675
3  17383 Sunset Boulevard, Suite A380
   Pacific Palisades, California 90272
4  Telephone:  (310) 454-5900
   Facsimile:  (310) 454-5970
5
6  **LAW OFFICE OF STEVEN ELSTER**
   STEVEN ELSTER, State Bar No. 227545
7  785/E2 Oak Grove Road, #201
   Concord, CA 94518-3617
8  Telephone:  (925) 324-2159
   Facsimile:  (925) 945-1276
9
   Attorneys for Plaintiffs,
10 **James Brady, Sarah Cavanagh and Iva Chiu**

11 **MORRISON & FOERSTER LLP**
   LINDA E. SHOSTAK, State Bar No. 64599
12 JAMES E. BODDY, JR., State Bar No. 65244
   KATHRYN M. DAVIS, State Bar No. 203454
13 425 Market Street
   San Francisco, California 94105-2482
14 Telephone:  (415)268-7000
   Facsimile:  (415)268-7522
15
   Attorneys for Defendant,
16 **Deloitte & Touche LLP**

17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20 JAMES BRADY, SARAH CAVANAGH, and       )
   IVA CHIU, individually and on behalf of all  )   **CASE NO.: C-08-00177 SI**
21 others similarly situated,                )
                                             )   **STIPULATION AND [PROPOSED]**
22        Plaintiffs,                        )   **ORDER GRANTING LEAVE TO FILE**
                                             )   **UNDER SEAL**
23     vs.                                   )
                                             )
24 DELOITTE & TOUCHE LLP, a limited liability )
   partnership; and DOES 1-10, inclusive,   )
25                                           )
          Defendants                         )
26                                           )
                                             )
27 _____  )

28

                                    1

1                                                       **STIPULATION**

2         Pursuant to Local Rules 7-12 and 79-5, and the Court's Standing Order, Plaintiffs and

3 Defendant, through their respective counsel, submit the following stipulation and [proposed] order

4 granting Plaintiffs leave to file permanently under seal the materials described below.

5         WHEREAS, in the course of the discovery the parties have produced and disclosed

6 confidential, proprietary, and other private information related to the parties, as well as Defendant's

7 clients, designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only" pursuant to the

8 parties' Stipulated Protective Order signed by the Court on March 10, 2009, and filed in the above

9 captioned action on March 11, 2009 ("Designated Produced Materials"), for which special

10 protection from public disclosure and from use for any purpose other than prosecuting this litigation

11 would be warranted;

12         WHEREAS, the parties agree that material designated as confidential, proprietary, and other

13 private information related to the parties, as well as Defendant's clients, will also be included in or

14 discussed in the parties filings on the Plaintiffs' Motion for Class Certification ("Designated Motion

15 Materials");

16         WHEREAS, the parties agree that the Designated Produced Materials and Designated

17 Motion Materials consist of what Defendant considers to be Defendant's proprietary employee

18 training materials, proprietary guidance for conducting audits, proprietary policies, confidential

19 employee personnel and pay data, and confidential and proprietary audit work papers, as well as the

20 confidential and proprietary information of Defendant's clients.

21         WHEREAS, the parties agree that the Designated Produced Materials, including all

22 information derived from the Designated Produced Materials, and the Designated Motion Materials

23 should be filed permanently under seal on the ground that good cause exists to prevent the

24 disclosure of this confidential, proprietary, and financial information. *See, e.g., In re Adobe Systems*

25 *Inc. Securities Litigation*, 141 F.R.D. 155, 158 (N.D. Cal. 1992) (good cause exists when disclosure

26 of proprietary or financial information would put a company as a competitive disadvantage);

27 *Hirschfeld v. Stone*, 193 F.R.D. 175, 187 (S.D. N.Y. 2000) ("disclosure of confidential information

28

**Stipulation And [Proposed] Order Granting Leave To File Permanently Under Seal   Case. No. 3:08-Cv-00177-SI**
wc-142731

1    is the quintessential type of irreparable harm that cannot be compensated or undone by money

2    damages); *Encyclopedia Brown Prod., Ltd. v. Home Box Office, Inc.*, 26 F. Supp 2d 606, 614 (S.D.

3    N.Y. 1998) (that party would be irreparably harmed by disclosure of confidential business

4    information supported sealing, even though documents dealt with business information dating back

5    several years).

6         NOW THEREFORE, the parties hereby stipulate, subject to Court approval, that the

7    following materials/information be filed permanently under seal:

8         1.    Exhibit A - relevant portions of Scott Smith's deposition transcript and exhibits

9    referenced therein;

10        2.    Exhibit B - Defendant's Responses to Plaintiff James Brady's Interrogatories, Set

11   One;

12        3.    Exhibit C - relevant portions of Joe Young's deposition transcript and exhibits

13   referenced therein;

14        4.    Exhibit D - "Session 3: Seminar Overview (30 Minutes)" (bates stamped DT

15   167183).

16        5.    Exhibit E - "Phases of the Audit Approach" (bates stamped DT 171790-171823);

17        6.    Exhibit F - "The Audit Approach" (bates stamped DT 075521-075528);

18        7.    Exhibit G - Index to Deloitte's Audit Approach Manual (bates stamped DT 076863-

19   076868);

20        8.    Exhibit H - relevant portions of "Glossary" (bates stamped DT 129499-129500);

21        9.    Exhibit I - "General Guidance About the Model Audit Program" (bates stamped DT

22   164728-164741);

23        10.   Exhibit J – "Performance Support – Using the Model Audit Program" (bates stamped

24   DT 051477-051491);

25        11.   Exhibit K - Various documents entitled, respectively, "Professional

26   Pronouncements," "Accounting Pronouncements," "Auditing Pronouncements," and "Attestation

27   Pronouncements" (bates stamped DT 064654-064684);

28

**Stipulation And [Proposed] Order Granting Leave To File Permanently Under Seal   Case. No. 3:08-Cv-00177-SI**
wc-142731

1    12.    Exhibit L - relevant portions of "Gen 220: Duties and Responsibilities of Accounting

2    and Audit Personnel" (bates stamped DT 064430-064440);

3    13.    Exhibit M - relevant portions of "Detailed Review of Working Papers" (bates

4    stamped DT 002764-002770);

5    14.    Exhibit N - "Detailed Review" (bates stamped DT 047822-26);

6    15.    Exhibit O - relevant portions of a document entitled "Phases of the Deloitte &

7    Touche Audit Approach" (bates stamped DT 129447-129449);

8    16.    Exhibit P - Defendant's Amended Response to Plaintiff James Brady's

9    Interrogatories, Set One, No. 13;

10    17.    Exhibit Q - Defendant's Responses to Plaintiff Sarah Cavanagh's Interrogatories, Set

11    One;

12    18.    Exhibit R - Plaintiffs' Notice of Motion, Motion for Class Certification, and

13    Memorandum of Points and Authorities; and

14    19.    Exhibit S – Compendium of Declarations

15

16    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

17                                                  COUNSEL FOR PLAINTIFFS

18

19

20    DATE:  November 23, 2009              By:  /s/ Daria Dub Carlson
                                                 DARIA DUB CARLSON
21                                               JEFFREY K. COMPTON
                                                 WILLIAM A. BAIRD
22                                               Markun Zusman & Compton LLP
                                                 STEVE ELSTER
23                                               Law Office of Steve Elster

24

25

26

27

28

Stipulation And [Proposed] Order Granting Leave To File Permanently Under Seal   Case. No. 3:08-Cv-00177-SI
wc-142731

1                                      COUNSEL FOR DEFENDANTS

2

3   DATE:  November 23, 2009         By:   /S/ Kathryn M. Davis____

4                                    LINDA E. SHOSTAK

                                   JAMES E. BODDY, JR.

5                                    Morrison & Foerster LLP

6

7                               **ECF CERTIFICATION**

8        I hereby attest that I have obtained concurrence regarding the filing of this document from

9   each of the signatories within the e-filed document.

10

11   DATE:  November 23, 2009         By:   /S/ Daria D. Carlson_____

                                   Daria Dub Carlson

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

16

17   DATED:  _____

18                                    Honorable Susan Illston

19                                    United States District Court Judge

20

21

22

23

24

25

26

27

28

Stipulation And [Proposed] Order Granting Leave To File Permanently Under Seal   Case. No. 3:08-Cv-00177-SI
wc-142731

EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

EXHIBIT C

REDACTED

EXHIBIT D

REDACTED

EXHIBIT E

REDACTED

EXHIBIT F

REDACTED

# EXHIBIT G

REDACTED

# EXHIBIT H

REDACTED

# EXHIBIT I

REDACTED

EXHIBIT J

REDACTED

EXHIBIT K

REDACTED

EXHIBIT L

REDACTED

EXHIBIT M

REDACTED

EXHIBIT N

REDACTED

# EXHIBIT O

REDACTED

EXHIBIT P

REDACTED

# EXHIBIT Q

REDACTED

EXHIBIT R

REDACTED

EXHIBIT S

REDACTED