1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  JAMES E. BODDY, JR. (CA SBN 65244)
   JBoddy@mofo.com
3  KATHRYN M. DAVIS (CA SBN 203454)
   KathrynDavis@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   DELOITTE & TOUCHE LLP

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all 14  others similarly situated, | Case No.   C-08-00177-SI |
| | **DECLARATION OF LINDA E. SHOSTAK IN SUPPORT OF DEFENDANT DELOITTE & TOUCHE LLP'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [DOCUMENT FILED UNDER SEAL]** |
| 15                      Plaintiffs, | |
| 16           v. | |
| 17  DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | |
| 18                      Defendants. | Date:    February 19, 2010 |
| 19 | Time:    9:00 a.m. |
| | Dept.:   10 |
| 20 | Judge:   The Hon. Susan Illston |
| 21 | Complaint filed:  February 8, 2008 |
| 22 | Trial Date:  None Set |

23

24                    PUBLIC VERSION

25

26

27

28

1      I, Linda E. Shostak, hereby declare as follows:

2      I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendant

3 Deloitte & Touche LLP in the above-entitled case.  I am duly admitted to practice before all state

4 courts and federal district courts in the State of California.  I have personal knowledge of the facts set

5 forth herein and could competently testify to them if called as a witness.

6      Attached hereto as Exhibit A are true and correct copies of excerpts from the transcript of the

7 Deposition of James Jason Brady taken on June 15, 2009 in this case, together with the Certificate of

8 the Shorthand Reporter therefore.

9      Attached hereto as Exhibit B are true and correct copies of excerpts from the transcript of the

10 Deposition of Sarah Marie Federico (Cavanagh) taken on June 17, 2009 in this case, together with the

11 Certificate of the Shorthand Reporter therefore.

12      Attached hereto as Exhibit C are true and correct copies of excerpts from the transcript of the

13 Deposition of Iva Chiu taken on November 16, 2009 in this case, together with the Certificate of the

14 Shorthand Reporter therefore.

15      Attached hereto as Exhibit D are true and correct copies of excerpts from the transcript of the

16 Deposition of Scott Smith taken on September 16, 2009 in this case, together with the Certificate of

17 the Shorthand Reporter therefore.

18      Attached hereto as Exhibit E are true and correct copies of excerpts from the transcript of the

19 Deposition of Joe Young taken on September 9, 2009 in this case, together with the Certificate of the

20 Shorthand Reporter therefore.

21      I declare under penalty of perjury under the laws of the State of California and the United

22 States that the foregoing is true and correct.

23      Executed this 23rd day of December, 2009.

24                    /s/ Linda E. Shostak

                          LINDA E. SHOSTAK

25

26

27

28

Declaration of Linda E. Shostak in Support of Opposition to
Motion for Class Certification [Document Filed Under Seal]
Case No. C-08-00177-SI         1

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REDACTED

# EXHIBIT C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REDACTED

# EXHIBIT D

REDACTED

# EXHIBIT E

REDACTED