1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  JAMES E. BODDY, JR. (CA SBN 65244)
   JBoddy@mofo.com
3  KATHRYN M. DAVIS (CA SBN 203454)
   KathrynDavis@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   DELOITTE & TOUCHE LLP
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | JAMES BRADY, SARAH CAVANAGH, and       | Case No.   C-08-00177-SI
   | IVA CHIU, individually and on behalf of all |
14 | others similarly situated,              | **DEFENDANT'S COMPENDIUM OF DECLARATIONS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, VOLUME 1 OF 2**
15 |            Plaintiffs,                  |
16 |       v.                                |
17 | DELOITTE & TOUCHE LLP, a limited liability | **[DOCUMENTS FILED UNDER SEAL]**
   | partnership; and DOES 1-10, inclusive,     |
18 |                                         | Date:  February 19, 2010
   |            Defendants.                   | Time:  9:00 a.m.
19 |                                         | Dept.: 10
   |                                         | Judge: The Hon. Susan Illston
20
                                             Complaint filed: February 8, 2008
21                                           Trial Date: None Set

22

23

24
                              PUBLIC VERSION
25

26

27

28

DEFENDANT'S COMPENDIUM OF DECLARATIONS IN SUPPORT OF OPPOSITION TO MOTION
FOR CLASS CERTIFICATION, VOLUME 1 OF 2 [DOCUMENTS FILED UNDER SEAL]
CASE NO. C-08-00177-SI
sf-2783374

Defendant hereby submits the following Compendium of Declarations in Support of Defendant's Opposition to Motion for Class Certification. The declarations are as follows:

**Volume 1**

| | |
|---|---|
| Exhibit 1 | Kevin Adams |
| Exhibit 2 | Daniel Benson |
| Exhibit 3 | Nicole Cordonnier |
| Exhibit 4 | Roberta Dahl |
| Exhibit 5 | Erin Goldberg |
| Exhibit 6 | Jake A. Himelstein |
| Exhibit 7 | Bruce C. Inghram |

**Volume 2**

| | |
|---|---|
| Exhibit 8 | James LaCamp |
| Exhibit 9 | Chedmond Lee |
| Exhibit 10 | Michelle Peralta |
| Exhibit 11 | Scott Smith |
| Exhibit 12 | Eric Wang |

Dated: December 23, 2009

LINDA E. SHOSTAK
JAMES E. BODDY, JR.
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP

By:    /s/ Linda E. Shostak
      LINDA E. SHOSTAK

Attorneys for Defendant
DELOITTE & TOUCHE LLP

DEFENDANT'S COMPENDIUM OF DECLARATIONS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION, VOLUME 1 OF 2 [DOCUMENTS FILED UNDER SEAL]
CASE NO. C-08-00177-SI

sf-2783374

1

# Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# REDACTED

# Exhibit 2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | REDACTED |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15      REDACTED
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    REDACTED
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15           REDACTED
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 6

REDACTED

# Exhibit 7

REDACTED