| | |
|---|---|
| 1 | LINDA E. SHOSTAK (CA SBN 64599) |
| | LShostak@mofo.com |
| 2 | JAMES E. BODDY, JR. (CA SBN 65244) |
| | JBoddy@mofo.com |
| 3 | KATHRYN M. DAVIS (CA SBN 203454) |
| | KathrynDavis@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | DELOITTE & TOUCHE LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, | Case No.  C-08-00177-SI |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | Date:   February 19, 2010 |
| | Time:   9:00 a.m. |
| Defendants. | Dept.:   10 |
| | Judge:   The Hon. Susan Illston |
| | Complaint filed: February 8, 2008 |
| | Trial Date:  None Set |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. C-08-00177-SI

sf-2777065

1

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(c) and (d), Defendant Deloitte & Touche LLP, hereby requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

Exhibit 1:   Certificate to Attest Experience - Public Accounting (Form 11A-6A), published by the California Board of Accountancy

Exhibit 2:   CPA Licensing Applicant Handbook, published by the California Board of Accountancy

Exhibit 3:   Uniform CPA Examination Handbook, First-time Applicants, published by the California Board of Accountancy

Exhibit 4:   Slip Opinion in *Wirth v. Grant Thornton, LLP*, No. 09-00832 RGK (C. D. Cal. July 29, 2009) (order denying class certification)

Exhibit 5:   Slip Opinion in *Mekhitarian v. Deloitte & Touche, LLP*, No. 07-412 (C. D. Cal. Nov. 3, 2009) (order denying class certification)

Exhibit 6:   Amicus Curiae Brief of American Institute of Certified Public Accountants in support of Appellant For Reversal, filed in *Campbell v. Pricewaterhousecoopers*, Docket No. 09-16370 (9th Cir., filed Nov. 9, 2009)

Exhibit 7:   Excerpts from the 2002 Update of the DLSE Enforcement Policies and Interpretations Manual (Revised), published by the California Department of Labor Standards Enforcement

Exhibit 8:   AICPA Professional Standards, AU Section 311, published by American Institute of Certified Public Accountants, Inc.

Exhibit 9:   Relevant Portions of former C.F.R. (29 C.F.R. §§ 541.202, 541.205, 541.207)

Exhibit 10:  Opinion in *Porush v. Anshen & Allen Architects*, California Labor Commissioner Case No. 06-74759

# ARGUMENT

Federal Rule of Evidence 201 authorizes judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R.

Evid. 201(b)(2). The above-referenced exhibits, attached hereto, satisfy this requirement. Accordingly, judicial notice is mandatory "if requested by a party and [the court is] supplied with the necessary information." Fed. R. Evid. 201(d).

### *Accounting Documents.*

Exhibits 1, 2, 3, and 8 are documents published, and made publicly available, by the California Board of Accountancy and the American Institute of Certified Public Accountants, Inc., describing accounting standards and the CPA examination requirements. Courts routinely take judicial notice of documents such as these that set forth accounting rules and standards, because they contain facts that "are capable of accurate and ready determination by resort to resources whose accuracy cannot be reasonably questioned." *See In re Network Assocs. Sec. Litig.*, 2003 U.S. Dist. LEXIS 14442, *3 (N.D. Cal. Mar. 25, 2003) (citing Fed. R. Evid. 201(b) and stating that "judicial notice is appropriate for SEC filings, press releases, and accounting rules"); *In re Asyst. Techs., Inc. Derivative Litig.*, No. C-06-04669 EDL, 2008 U.S. Dist. LEXIS 41173 (N.D. Cal. May 23, 2008) (same). Further, records of a state agency such as the California Board of Accountancy are "not subject to reasonable dispute" are properly the subject of judicial notice. *City of Sausalito v. O'Neill*, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004). For these reasons, the Court should take judicial notice of these documents.

### *Court Records In Other Cases.*

Exhibits 4, 5, 6, and 10 are two slip opinions from the Central District of California, an amicus brief filed in the Ninth Circuit Court of Appeal, and an Order, Decision or Award of the California Labor Commissioner. Courts may take judicial notice of documents contained in their own file, as well as documents filed in other courts and tribunals. *Biggs v. Terhune*, 334 F.3d 910, 916 n.3 (9th Cir. 2003) ("[m]aterial from a proceeding in another tribunal are appropriate for judicial notice"). Accordingly, the Court should also take judicial notice of these documents.

### *DLSE Manual and former Code of Federal Regulations.*

Exhibit 7 contains excerpts from the California Department of Labor Standards Enforcement Manual, and Exhibit 9 contains relevant portions of the former Code of Federal Regulations. Both documents are publicly available, and "not subject to reasonable dispute." Indeed, as noted above,

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION  2
CASE NO. C-08-00177-SI

sf-2777065

1 | records of a state agency that are "not subject to reasonable dispute" should be judicially noticed. *City of Sausalito,* 386 F.3d at 1224 n.2. The Court should take judicial notice of the attached excerpts of the DLSE Manual and the former Code of Federal Regulations.

## CONCLUSION

For the foregoing reasons, Deloitte's Request for Judicial Notice should be granted.

Dated: December 23, 2009

LINDA E. SHOSTAK
JAMES E. BODDY, JR.
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP

By: /s/ Linda E. Shostak
LINDA E. SHOSTAK

Attorneys for Defendant
DELOITTE & TOUCHE LLP

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. C-08-00177-SI

3

sf-2777065