IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, *et al.*, | No. C 08-177 SI |
|     Plaintiffs, | **ORDER RE: DISCOVERY** |
|   v. | |
| DELOITTE & TOUCHE LLP, | |
|     Defendant. | |

    The parties have filed a letter requesting assistance with a discovery dispute. Docket No. 102. Plaintiffs have noticed three four-hour depositions of individuals who filed declarations in support of defendant's opposition to plaintiffs' motion for class certification. Defendant opposes the depositions on the ground that pre-certification discovery is closed, and relies on a July 10, 2009 minute order which set out a schedule for class certification proceedings. Plaintiffs assert that the July 24, 2009 deadline in the minute order only related to written discovery, that defendant will not be prejudiced by allowing the depositions to go forward, and that without the depositions plaintiffs are at a significant disadvantage with regard to litigating the class certification motion.

    The Court finds that the minute order, when read in conjunction with the parties' July 2, 2009 case management statement, is ambiguous as to whether the July 24, 2009 discovery deadline related to all pre-certification discovery, or solely written discovery. The Court will permit plaintiffs to take the noticed depositions. In the interest of fairness, if defendant wishes defendant may also take three four-hour depositions of plaintiffs' class certification declarants. By January 18, 2010, defendant shall notify plaintiffs if defendant wishes to take these depositions, and if so the parties shall immediately meet and confer regarding scheduling. In the event defendant takes depositions, defendant may file no

later than **February 12, 2010**, a surreply of no more than 5 pages regarding the depositions as they relate to the certification motion.

**IT IS SO ORDERED.**

Dated: January 14, 2010

SUSAN ILLSTON
United States District Judge