```
                                    JEFFREY K. COMPTON
                                    WILLIAM A. BAIRD
                                    Markun Zusman & Compton LLP
                                    STEVE ELSTER
                                    Law Office of Steve Elster

                                    COUNSEL FOR DEFENDANTS


DATE:  January 28, 2010         By:   /S/ James E. Boddy
                                    LINDA E. SHOSTAK.
                                    JAMES E. BODDY, JR.
                                    Morrison & Foerster LLP
```

### ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

```
                                By:   /S/ Daria D. Carlson
DATE:  January 29, 2010              Daria Dub Carlson
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

```
DATED: _____         _____
                                Honorable Susan Illston
                                United States District Court Judge
```

4

Stipulation And [Proposed] Order Granting Leave To File Permanently Under Seal   Case. No. 3:08-Cv-00177-SI