LINDA E. SHOSTAK (CA SBN 64599)
LShostak@mofo.com
JAMES E. BODDY, JR. (CA SBN 65244)
JBoddy@mofo.com
KATHRYN M. DAVIS (CA SBN 203454)
KathrynDavis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
DELOITTE & TOUCHE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   C-08-00177-SI<br><br>**DEFENDANT DELOITTE & TOUCHE LLP'S EX PARTE APPLICATION FOR PERMISSION TO FILE (1) OBJECTIONS TO EVIDENCE, (2) OPPOSITION TO REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE, AND (3) RESPONSE TO PLAINTIFFS' OBJECTIONS TO EVIDENCE, IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION**<br><br>**[N.D. L.R. 7-3(d)]**<br><br>Date:   February 19, 2010<br>Time:   9:00 a.m.<br>Dept.:   10<br>Judge:   The Hon. Susan Illston<br><br>Complaint filed: February 8, 2008<br>Trial Date: None Set |

1  Pursuant to Northern District Local Rule 7-3(d), Defendant Deloitte & Touche LLP
2  ("Deloitte") hereby requests permission from the Court to file the following documents to be
3  considered in conjunction with Deloitte's Opposition to Plaintiffs' Motion for Class Certification:
4      (1)  Deloitte's Evidentiary Objections to Plaintiffs' Evidence Submitted In Support Of
5          Plaintiffs' Reply Re Motion For Class Certification;
6      (2)  Deloitte's Opposition to Plaintiffs' Request For Judicial Notice In Support Of Reply
7          and Supplemental Request For Judicial Notice In Support Of Defendant's Opposition
8          To Plaintiffs' Motion For Class Certification; and
9      (3)  Deloitte's Response to Plaintiffs' Evidentiary Objections In Support Of Reply Re
10         Class Action.
11 Deloitte respectfully requests that the Court accept these supplemental materials, submitted to the
12 Court to respond to new evidence and arguments raised by Plaintiffs for the first time in their
13 Reply papers. The above-referenced proposed documents are submitted herewith, and attached
14 hereto as Exhibits 1, 2 and 3.

15 Dated: February 16, 2010

LINDA E. SHOSTAK
JAMES E. BODDY, JR.
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP

By:    /s/ Linda E. Shostak
       LINDA E. SHOSTAK

Attorneys for Defendant
DELOITTE & TOUCHE LLP

DEF.'S EX PARTE APPLICATION TO SUBMIT MATERIALS PURSUANT TO N.D. L.R. 7-3(d)
CASE NO. C-08-00177-SI     2

sf-2802726