| | |
|---|---|
| 1 | LINDA E. SHOSTAK (CA SBN 64599) |
|   | LShostak@mofo.com |
| 2 | JAMES E. BODDY, JR. (CA SBN 65244) |
|   | JBoddy@mofo.com |
| 3 | KATHRYN M. DAVIS (CA SBN 203454) |
|   | KathrynDavis@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
DELOITTE & TOUCHE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, | Case No.   C-08-00177-SI |
| Plaintiffs, | **DEFENDANT DELOITTE & TOUCHE LLP'S CERTIFICATE OF SERVICE RE EX PARTE APPLICATION** |
| v. | **[N.D. L.R. 7-3(d)]** |
| DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | Date:   February 19, 2010<br>Time:   9:00 a.m.<br>Dept.:  10 |
| Defendants. | Judge:  The Hon. Susan Illston |
| | Complaint filed:  February 8, 2008<br>Trial Date:  None Set |

CERTIFICATE OF SERVICE RE DEF.'S EX PARTE APPLICATION TO SUBMIT MATERIALS PURSUANT TO N.D. L.R. 7-3(d)
CASE NO. C-08-00177-SI
sf- 2804495

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the true and correct copies of:

**DEFENDANT DELOITTE & TOUCHE LLP'S EX PARTE APPLICATION FOR PERMISSION TO FILE (1) OBJECTIONS TO EVIDENCE, (2) OPPOSITION TO REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE, AND (3) RESPONSE TO PLAINTIFFS' OBJECTIONS TO EVIDENCE, IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF JAMES E. BODDY IN SUPPORT OF DEFENDANT DELOITTE & TOUCHE LLP'S EX PARTE APPLICATION FOR PERMISSION TO FILE (1) OBJECTIONS TO EVIDENCE, (2) OPPOSITION TO REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE, AND (3) RESPONSE TO PLAINTIFFS' OBJECTIONS TO EVIDENCE, IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION**

**[PROPOSED] ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S EX PARTE APPLICATION**

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William A. Baird
Markum Zusman & Compton
17383 West Sunset Boulevard, Suite A380
Pacific Palisades, CA  90272
Email:  tbaird@mzclaw.com

*Attorney for Plaintiffs*

I declare under penalty of perjury that the above is true and correct.

Dated: February 16, 2010                                              s/ Mia Gimenez
                                                                      Mia Gimenez

I, Linda E. Shostak, am the ECF User whose ID and password are being used to file this Certificate of Service.  I hereby attest that Mia Gimenez has read and approved this Certificate of Service and consents to its filing in this action.

By:   /s/ Linda E. Shostak
      Linda E. Shostak

CERTIFICATE OF SERVICE RE DEF.'S EX PARTE APPLICATION TO SUBMIT MATERIALS PURSUANT TO N.D. L.R. 7-3(d)
CASE NO. C-08-00177-SI

2

sf- 2804495