| | |
|---|---|
| 1 | **MARKUN ZUSMAN & COMPTON LLP** |
| | JEFFREY K. COMPTON, State Bar No. 142969 |
| 2 | DARIA DUB CARLSON, State Bar No. 150628 |
| | WILLIAM A. BAIRD, State Bar No. 192675 |
| 3 | 17383 Sunset Boulevard, Suite A380 |
| | Pacific Palisades, California 90272 |
| 4 | Telephone:    (310) 454-5900 |
| | Facsimile:    (310) 454-5970 |
| 5 | |
| | **LAW OFFICE OF STEVEN ELSTER** |
| 6 | STEVEN ELSTER, State Bar No. 227545 |
| | 785/E2 Oak Grove Road, #201 |
| 7 | Concord, CA 94518-3617 |
| | Telephone:    (925) 324-2159 |
| 8 | Facsimile:    (925) 945-1276 |
| 9 | Attorneys for Plaintiffs, |
| | JAMES BRADY, SARAH CAVANAGH |
| 10 | AND IVA CHIU |
| 11 | **MORRISON & FOERSTER LLP** |
| | LINDA E. SHOSTAK, State Bar No. 64599 |
| 12 | JAMES E. BODDY, JR., State Bar No. 65244 |
| | KATHRYN M. DAVIS, State Bar No. 203454 |
| 13 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 14 | Telephone:  (415) 268-7000 |
| | Facsimile:  (415) 268-7522 |
| 15 | |
| | Attorneys for Defendant |
| 16 | DELOITTE & TOUCHE LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, | Case No.   C-08-00177-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL CORRECTED DECLARATION OF SCOTT SMITH** |
| v. | |
| DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | |
| Defendants. | |

PUBLIC VERSION

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO
FILE UNDER SEAL CORRECTED DECLARATION OF SCOTT SMITH       1
CASE NO. C-08-00177-SI

sf-2803554

**STIPULATION**

Pursuant to Local Rules 7-12 and 79-5, and the Court's Standing Order, Plaintiffs and Defendant, through their respective counsel, submit the following stipulation and [proposed] order granting Defendant Deloitte & Touche LLP ("Defendant") leave to file permanently under seal the materials described below.

WHEREAS, in the course of the discovery the parties have produced and disclosed confidential, proprietary, and other private information related to the parties, as well as Defendant's clients, designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only" pursuant to the parties' Stipulated Protective Order signed by the Court on March 10, 2009, and filed in the above captioned action on March 11, 2009 ("Designated Produced Materials"), for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted;

WHEREAS, the parties agree that confidential, proprietary, and other private information related to the parties, as well as Defendant's clients, will also be included in or discussed in the parties filings on the Plaintiffs' Motion for Class Certification ("Designated Motion Materials");

WHEREAS, the parties agree that the Designated Produced Materials and Designated Motion Materials consist of Defendant's proprietary employee training materials, proprietary guidance for conducting audits, proprietary policies, confidential employee personnel and pay data, and confidential and proprietary audit work papers, as well as the confidential and proprietary information of Defendant's clients.

WHEREAS, the parties agree that the Designated Produced Materials, including all information derived from the Designated Produced Materials, and the Designated Motion Materials should be filed permanently under seal on the ground that good cause exists to prevent the disclosure of this confidential, proprietary, and financial information. *See, e.g., In re Adobe Systems Inc. Securities Litigation*, 141 F.R.D. 155, 158 (N.D. Cal. 1992) (good cause exists when disclosure of proprietary or financial information would put a company as a competitive disadvantage); *Hirschfeld v. Stone*, 193 F.R.D. 175, 187 (S.D. N.Y. 2000) ("disclosure of confidential information is the quintessential type of irreparable herm that cannot be compensated

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO
FILE UNDER SEAL CORRECTED DECLARATION OF SMITH
CASE NO. C-08-00177-SI

2

sf-2803554

or undone by money damages); *Encyclopedia Brown Prod., Ltd. v. Home Box Office, Inc.*, 26 F. Supp 2d 606, 614 (S.D. N.Y. 1998) (that party would be irreparably harmed by disclosure of confidential business information supported sealing, even though documents dealt with business information dating back several years).

NOW THEREFORE, the parties hereby stipulate, subject to Court approval, that the following materials/information, attached hereto, be filed permanently under seal:

> Corrected Declaration Of Scott Smith In Support Of Defendant Deloitte & Touche LLP's Opposition To Plaintiffs' Motion For Class Certification

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 16, 2010          COUNSEL FOR PLAINTIFFS

                                  By:    /s/William A. Baird
                                         WILLIAM A BAIRD
                                         JEFFREY K. COMPTON
                                         Markun Zusman & Compton LLP
                                         STEVE ELSTER
                                         Law Office of Steve Elster

Dated: February 16, 2010          COUNSEL FOR DEFENDANTS

                                  By:    /s/Linda E. Shostak
                                         LINDA E. SHOSTAK
                                         JAMES E. BODDY, JR.
                                         Morrison & Foerster LLP

**ECF CERTIFICATION**

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

Dated: February 16, 2010          By:    /s/Linda E. Shostak
                                         LINDA E. SHOSTAK

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL CORRECTED DECLARATION OF SMITH
CASE NO. C-08-00177-SI

sf-2803554

3

1

**ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: _____, 2010                /s/ Susan Illston

                                         Honorable Susan Illston
                                         United States District Court Judge

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO
FILE UNDER SEAL CORRECTED DECLARATION OF SMITH      4
CASE NO. C-08-00177-SI

sf-2803554