**DENIED**
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.   C-08-00177-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S EX PARTE APPLICATION**<br><br>Date:   February 19, 2010<br>Time:   9:00 a.m.<br>Dept.:   10<br>Judge:   The Hon. Susan Illston<br><br>Complaint filed: February 8, 2008<br>Trial Date: None Set |

ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S *EX PARTE* APPLICATION
CASE NO. C-08-00177-SI

sf-2803026

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The *ex parte* Application of Defendant Deloitte & Touche LLP for permission to file |
| 3 | supplemental materials in response to Plaintiffs' Reply papers submitted in support of class |
| 4 | certification was submitted to the Court on February 16, 2010. Having read and considered the |
| 5 | Application and accompanying declaration, other pleadings and papers on file herein, and after all |
| 6 | parties had an opportunity to be heard, and good cause appearing therefore, the Court hereby |
| 7 | GRANTS Defendant's Ex Parte Application and permits Defendant to file the following |
| 8 | supplemental materials in support of its Opposition to Plaintiffs' Motion for Class Certification: |

(1) Defendant Deloitte's Evidentiary Objections to Plaintiffs' Evidence Submitted In Support Of Plaintiffs' Reply Re Motion For Class Certification;

(2) Defendant Deloitte's Opposition to Plaintiffs' Request For Judicial Notice In Support Of Reply and Supplemental Request For Judicial Notice In Support Of Defendant's Opposition To Plaintiffs' Motion For Class Certification; and

(3) Defendant Deloitte's Response to Plaintiffs' Evidentiary Objections In Support Of Reply Re Class Action.

IT IS SO ORDERED.

Dated: _____, 2010

_____
Hon. Susan Illston

ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S *EX PARTE* APPLICATION
CASE NO. C-08-00177-SI

1

sf-2803026