1  **MARKUN ZUSMAN & COMPTON LLP**
   JEFFREY K. COMPTON, State Bar No. 142969
2  DARIA DUB CARLSON, State Bar No. 150628
   WILLIAM A. BAIRD, State Bar No. 192675
3  17383 Sunset Boulevard, Suite A380
   Pacific Palisades, California 90272
4  Telephone:  (310) 454-5900
   Facsimile:   (310) 454-5970
5
   **LAW OFFICE OF STEVEN ELSTER**
6  STEVEN ELSTER, State Bar No. 227545
   785/E2 Oak Grove Road, #201
7  Concord, CA 94518-3617
   Telephone:  (925) 324-2159
8  Facsimile:   (925) 945-1276

9  Attorneys for Plaintiffs,
   **James Brady, Sarah Cavanagh & Iva Chiu**
10

11 **MORRISON & FOERSTER LLP**
   LINDA E. SHOSTAK, State Bar No. 64599
12 JAMES E. BODDY, JR., State Bar No. 65244
   MARY FERRER HANSBURY, State Bar No. 191121
13 425 Market Street
   San Francisco, California 94105-2482
14 Telephone:  (415)268-7000
   Facsimile:   (415)268-7522
15
   Attorneys for Defendant,
16 **Deloitte & Touche LLP**

17
18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA

20  JAMES BRADY, SARAH CAVANAGH,       )   **CASE NO.: C-08-00177 SI**
21  and IVA CHIU, individually and on  )
    behalf of all others similarly situated, )   **JOINT CASE MANAGEMENT**
22                                     )   **CONFERENCE STATEMENT**
            Plaintiffs,                )
23                                     )
        vs.                            )
24                                     )
    DELOITTE & TOUCHE LLP, a limited   )   <u>Date:</u>  March 12, 2010
25  liability partnership; and DOES 1-10, )  <u>Time:</u>  3:00 p.m.
    inclusive,                         )   <u>Court:</u> 10
26                                     )
            Defendants                 )
27                                     )
28

**I.     PRESENT STATUS**

Since the July 10, 2009 case management conference and the parties' November 2, 2009 Joint Case Management Conference Statement, the parties have submitted briefing regarding Plaintiffs' Motion for Class Certification. On February 19, 2009, the parties appeared to present their respective arguments regarding Plaintiffs' Motion for Class Certification. As of the date of filing this Joint Case Management Conference Statement, the Court had not yet issued its decision regarding class certification. As a result, the parties have not scheduled any future case events pending the Court's ruling.

The parties respectfully request that if the Court has not issued its order regarding class certification before the March 12, 2010 Case Management Conference, that the Court continue the Case Management Conference for a date following issuance of the Court's order.

**II.    CURRENT SCHEDULE**

The parties have not scheduled any events in this matter pending the Court's ruling on class certification.

COUNSEL FOR PLAINTIFFS

DATE: March 5, 2010     By:   /s/ Jeffrey K. Compton
                           JEFFREY K. COMPTON
                           WILLIAM A. BAIRD
                           Markun Zusman & Compton LLP

                           STEVE ELSTER
                           Law Office of Steve Elster


COUNSEL FOR DEFENDANTS

DATE: March 5, 2010     By:   /s/ James E. Boddy
                           LINDA E. SHOSTAK
                           JAMES E. BODDY, JR.
                           MARY FERRER HANSBURY
                           Morrison & Foerster LLP

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ECF CERTIFICATION**

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document

DATE:  March 5, 2010           By:      /s/ James E. Boddy
                                     JAMES E. BODDY
                                     Morrison & Foerster LLP