**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:   (310) 454-5900
Facsimile:   (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:   (925) 945-1276

Attorneys for Plaintiffs,
JAMES BRADY, SARAH CAVANAGH
AND IVA CHIU


**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
MARY FERRER HANSBURY, State Bar No. 191121
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415)268-7000
Facsimile:   (415)268-7522

Attorneys for Defendant,
DELOITTE & TOUCHE LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>        Defendants | CASE NO.: C-08-00177 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLARIFYING SCHEDULE FOR DISPOSTIVE MOTIONS AND SETTING STATUS CONFERENCE** |

1

**Stipulation And [Proposed] Order Re: Clarifying Schedule     Case. No. 3:08-Cv-00177-SI**

**STIPULATION**

Pursuant to Local Rules 16 and 7-12, Plaintiffs and Defendant, through their respective counsel, submit the following stipulation and [proposed] order regarding the previously scheduled dates for dispositive motions.

WHEREAS, at the status conference on April 2, 2010, the Court advised the parties that either party could file a dispositive motion as soon as such motion was ready to be filed and that if a motion was filed on or before May 14, 2010 it could be heard on July 2, 2010, which scheduling would allow for cross-motions to be briefed;

WHEREAS, the Court further advised the parties that that if no dispositive motion is filed by May 14, 2010, the presently set July 2, 2010 hearing date would proceed as a further status conference only if the parties felt a further status conference would be appropriate;

WHEREAS, on April 7, 2010 an order was issued by the Court setting a hearing date for dispositive motions of July 2, 2010 and a filing date for dispositive motions of May 14, 2010 ;

WHEREAS, the parties and Court did not discuss or intend the dispositive motion filing date of May 14, 2010 to be construed as the definitive and final deadline for filing and hearing dispositive motions in this action as the parties informed the Court that further discovery may be necessary prior to the filing of such motions;

WHEREAS, Defendant has discovery outstanding and the parties did not file dispositive motions on May 14, 2010 but still intend to do so at a later date;

WHEREAS, the parties have agreed to a briefing schedule that will apply when dispositive motions are filed;

WHEREAS, the parties agree that it is prudent to clarify any ambiguity about when dispositive motions can be filed;

NOW THEREFORE, the parties hereby stipulate, as follows:

1. The previously scheduled July 2, 2010 hearing date for dispositive motions shall instead proceed as a further status conference;

2. The parties are not precluded from filing dispositive motions at a later date;

3. If either party files a motion for summary judgment or partial summary judgment, the party will notice the hearing on the motion for not less than 49 days from the date of filing in order for the following sequential briefing schedule to occur: Opposition to motion and cross motion, if any, both due 35 days before hearing; opposition to cross-motion and reply on motion due 21 days before hearing; reply on cross-motion due 14 days before the hearing.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                                                COUNSEL FOR PLAINTIFFS

DATE: May 14, 2010         By: /s/ William A. Baird
                                                   WILLIAM A. BAIRD
                                                   JEFFREY K. COMPTON
                                                   Markun Zusman & Compton LLP
                                                   STEVE ELSTER
                                                   Law Office of Steve Elster

                                              COUNSEL FOR DEFENDANTS

DATE: May 14, 2010         By: /s/ Mary Ferrer Hansbury
                                                   LINDA E. SHOSTACK
                                                   JAMES E. BODDY, JR.
                                                   MARY FERRER HANSBURY
                                                   Morrison & Foerster LLP

3

Stipulation And [Proposed] Order Re: Clarifying Schedule    Case. No. 3:08-Cv-00177-SI

|   |   |
|---|---|
| 1 | **ECF CERTIFICATION** |
| 2 | I hereby attest that I have obtained concurrence regarding the filing of this |
| 3 | document from each of the signatories within the e-filed document. |
| 4 |   |
| 5 | DATE:  May 14, 2010        By:  /s/ William A. Baird |
|   |                                           William A. Baird |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: _____     _____
                                                    Honorable Susan Illston
                                                    United States District Court Judge

4

Stipulation And [Proposed] Order Re: Clarifying Schedule     Case. No. 3:08-Cv-00177-SI

|  |  |
|---|---|
| 1 | **ECF CERTIFICATION** |
| 2 | I hereby attest that I have obtained concurrence regarding the filing of this |
| 3 | document from each of the signatories within the e-filed document. |

DATE:   May 14, 2010          By:   _/s/ William A. Baird_____
                                         William A. Baird

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: _____          _____
                                                         Honorable Susan Illston
                                                         United States District Court Judge

4

Stipulation And [Proposed] Order Re: Clarifying Schedule     Case. No. 3:08-Cv-00177-SI