**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:  (310) 454-5900
Facsimile:  (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:  (925) 945-1276

Attorneys for Plaintiffs,
JAMES BRADY, SARAH CAVANAGH
AND IVA CHIU


**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
MARY FERRER HANSBURY, State Bar No. 191121
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415)268-7000
Facsimile:  (415)268-7522

Attorneys for Defendant,
DELOITTE & TOUCHE LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>    Defendants | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1

**Stipulation And [Proposed] Order Continuing Case Management Conference    Case. No. 3:08-Cv-00177-SI**

**STIPULATION**

Pursuant to Local Rules 16 and 7-12, Plaintiffs and Defendant, through their respective counsel, submit the following stipulation and [proposed] order regarding the previously scheduled dates for dispositive motions.

WHEREAS, there is a Case Management Conference scheduled for July 2, 2010, at 3:00 p.m.;

WHEREAS, due to scheduling conflicts that have arisen, Plaintiffs' counsel will be unable to appear on July 2, 2010 for the Case Management Conference;

NOW THEREFORE, the parties hereby stipulate that the Court may enter and Order as follows:

1. The Case Management Conference scheduled for July 2, 2010 at 3:00 p.m. shall be continued to July 16, 2010, at 3:00 p.m.; and

2. The deadline for filing a Joint Case Management Statement shall be extended in accordance with that date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

COUNSEL FOR PLAINTIFFS

DATE:  June 24, 2010          By:   /s/ William A. Baird
                                     WILLIAM A. BAIRD
                                     JEFFREY K. COMPTON
                                     Markun Zusman & Compton LLP
                                     STEVE ELSTER
                                     Law Office of Steve Elster

COUNSEL FOR DEFENDANTS

DATE:  June 24, 2010          By:   /s/ Mary Ferrer Hansbury
                                     LINDA E. SHOSTAK
                                     JAMES E. BODDY, JR.
                                     MARY FERRER HANSBURY
                                     Morrison & Foerster LLP

2

**Stipulation And [Proposed] Order Continuing Case Management Conference    Case. No. 3:08-Cv-00177-SI**

## ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE:  June 24, 2010           By:  /s/ Mary F. Hansbury
                                                      Mary F. Hansbury

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: _____      _____
                                                 Honorable Susan Illston
                                                 United States District Court Judge

3

**Stipulation And [Proposed] Order Continuing Case Management Conference     Case. No. 3:08-Cv-00177-SI**