**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:   (310) 454-5900
Facsimile:    (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:    (925) 945-1276

Attorneys for Plaintiffs
JAMES BRADY, SARAH CAVANAGH
AND IVA CHIU

**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
MARY F. HANSBURY, State Bar No. 191121
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415)268-7000
Facsimile:    (415)268-7522

Attorneys for Defendant
DELOITTE & TOUCHE LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>   vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>    Defendants | CASE NO.: C-08-00177 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING OPT OUT DEADLINE FOR ADDITIONAL CLASS MEMBERS** |

## STIPULATION

Pursuant to Local Rule 7-12, Plaintiffs and Defendant, through their respective counsel, submit the following stipulation and [proposed] order extending the June 30, 2010 opt out deadline previously ordered by the Court to permit the Parties to provide recently identified additional class members with a comparable amount of time to consider the class notice and submit an election to opt out.

WHEREAS at the April 2, 2010 Case Management Conference the Court approved the Parties' proposed class notice ("Class Notice"), ordered the Parties to mail the Class Notice to class members by May 14, 2010, and set June 30, 2010 as the deadline for class members to opt out;

WHEREAS the Class Notice was sent out to class members and the June 30, 2010 opt out deadline has now passed;

WHEREAS Defendant has identified additional class members who were not mailed a class notice on May 14, 2010 ("Additional Class Members");

WHEREAS Defendant and Plaintiffs agree that the Additional Class Members should be mailed a class notice in the form of the Class Notice, but with an opt out deadline of September 1, 2010, to provide the Additional Class Members with an amount of time to consider the Class Notice and to elect to opt out that is comparable to what was provided to the other class members.

NOW THEREFORE, the parties hereby stipulate that the Court may enter an Order as follows:

1. The deadline for mailing class notices to the Additional Class Members shall be no later than 4 business days after the Court's entry of this order;

2. The opt out deadline for the Additional Class Members shall be September 1, 2010;

3. The opt out deadline for all other class members is unchanged as June 30, 2010; and

4. The Class Notice shall be modified to reflect the new opt out deadline of September 1, 2010, for Additional Class Members, but otherwise shall remain identical to the Class Notice previously approved by the Court.

|   |   |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

COUNSEL FOR PLAINTIFFS

DATE: July 8, 2010          By:    /s/ *William A. Baird*
                                     WILLIAM A. BAIRD
                                     JEFFREY K. COMPTON
                                     Markun Zusman & Compton LLP
                                     STEVE ELSTER
                                     Law Office of Steve Elster


COUNSEL FOR DEFENDANTS

DATE: July 8, 2010          By:    /s/ *Mary F. Hansbury*
                                     LINDA E. SHOSTAK
                                     JAMES E. BODDY, JR.
                                     MARY F. HANSBURY
                                     Morrison & Foerster LLP

### ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE:  July 8, 2010          By:    /s/ *Mary F. Hansbury*
                                     Mary F. Hansbury

### ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: _____          _____
                                     Honorable Susan Illston
                                     United States District Court Judge

3