1    LINDA E. SHOSTAK (CA SBN 64599)
     LShostak@mofo.com
2    JAMES E. BODDY, JR. (CA SBN 65244)
     JBoddy@mofo.com
3    MARY F. HANSBURY (CA SBN 191121)
     MHansbury@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone: 415.268.7000
6    Facsimile: 415.268.7522

7    Attorneys for Defendant
     DELOITTE & TOUCHE LLP

8

IT IS SO ORDERED

Judge Susan Illston

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13   JAMES BRADY, SARAH CAVANAGH, and          Case No.    C-08-00177-SI
     IVA CHIU, individually and on behalf of all
14   others similarly situated,                **STIPULATION REGARDING
                                                APPLICABILITY OF AMENDED
15                     Plaintiffs,             RULE 26**

16        v.                                    Dept.:
                                                Judge:  Honorable Susan Illston
17   DELOITTE & TOUCHE LLP, a limited liability
     partnership; and DOES 1-10, inclusive,     Action Filed:  January 10, 2008
18
                       Defendants.
19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING APPLICABILITY OF AMENDED RULE 26
CASE NO. C-08-00177-SI

1    The parties to this action recognize that amendments to the Federal Rules of Civil

2  Procedure effective December 1, 2010, have modified the requirements of Rule 26 with respect to

3  communications, disclosures, and other matters relating to experts.  The Supreme Court's Order

4  amending Rule 26 and dated April 28, 2010, indicates that the amendments shall govern

5  proceedings pending as of December 1, 2010, "insofar as just and practicable."  *See* United States

6  Supreme Court Order Amending Federal Rules of Civil Procedure, dated April 28, 2010.  In order

7  to remove doubt as to whether and when the 2010 amendments shall apply to the present action,

8  and to provide that a single standard shall apply commencing as of the date of the filing of the

9  original complaint, the parties have entered into this stipulation.

10    Therefore, it is hereby stipulated and agreed by and between the parties, through their

11  respective counsel, that the current provisions of Federal Rule of Civil Procedure 26, as amended

12  December 1, 2010, (including without limitation the provisions relating to communications with

13  experts) shall apply fully to the present action, commencing as of the date of filing of the original

14  complaint.

15    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16  Dated: May 2, 2011                    LINDA E. SHOSTAK
                                           JAMES E. BODDY, JR.
17                                         MARY F. HANSBURY
                                           MORRISON & FOERSTER LLP
18

19                                         By:   ___/s/ James E. Boddy, Jr._____
                                                   JAMES E. BODDY, JR.
20

21                                         Attorneys for Defendant
                                           DELOITTE & TOUCHE LLP

22  Dated: May 2, 2011                    WILLIAM A. BAIRD
                                           JEFFREY K. COMPTON
23                                         DARIA DUB CARLSON
                                           MARKUN ZUSMAN & COMPTON LLP
24

25                                         By:   ___/s/ William A. Baird_____
                                                   WILLIAM A. BAIRD
26

27                                         Attorneys for Plaintiffs and the
                                           Certified Class

28

1

ECF CERTIFICATION

2

I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3

"conformed" signature (/s/) within this efiled document.

4

_/s/ James E. Boddy, Jr._
JAMES E. BODDY, JR.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28