**MARKUN ZUSMAN & COMPTON LLP**
JEFFREY K. COMPTON, State Bar No. 142969
DARIA DUB CARLSON, State Bar No. 150628
WILLIAM A. BAIRD, State Bar No. 192675
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:   (310) 454-5900
Facsimile:    (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:    (925) 945-1276

Attorneys for Plaintiffs
JAMES BRADY, SARAH CAVANAGH
AND IVA CHIU

**MORRISON & FOERSTER LLP**
LINDA E. SHOSTAK, State Bar No. 64599
JAMES E. BODDY, JR., State Bar No. 65244
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415)268-7000
Facsimile:    (415)268-7522

Attorneys for Defendant
DELOITTE & TOUCHE LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>        Defendants | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR SUPPLEMENTAL CLASS NOTICE** |

1

**Stipulation And [Proposed] Order for Supplemental Class Notice   Case. No. 3:08-Cv-00177-SI**
sf-2989267

## STIPULATION

Pursuant to Local Rule 7-12, Plaintiffs and Defendant, through their respective counsel, submit the following stipulation and [proposed] order for the Parties to mail a supplemental Class Notice to class members who have become part of the class since the prior Class Notice and to set a deadline for such class members to opt out.

WHEREAS at the April 2, 2010 Case Management Conference the Court approved the Parties' proposed class notice ("Class Notice"), ordered the Parties to mail the Class Notice to class members by May 14, 2010, and set June 30, 2010 as the deadline for class members to opt out; and the Class Notice was mailed to class members as ordered;

WHEREAS on July 13, 2010, the Court entered a stipulated order providing that additional class members who inadvertently were not mailed a class notice on May 14, 2010 be mailed a class notice in the form of the Class Notice, but with an opt out deadline of September 1, 2010; and the Class Notice was mailed to such class members as ordered;

WHEREAS at the request of Plaintiffs, Defendant has updated the list of class members to include 245 individuals who have become members of the class since the cut-off date used for the prior Class Notice mailings ("Additional Class Members"); and the Parties agree that the Additional Class Members should be mailed a class notice in the form of the Class Notice, but with an opt out deadline of July 1, 2011, to provide the Additional Class Members with an amount of time to consider the Class Notice and to elect to opt out that is comparable to what was provided to other class members pursuant to the prior Class Notice mailings.

NOW THEREFORE, the parties hereby stipulate that the Court may enter an Order as follows:

1.  The deadline for mailing class notices to the Additional Class Members shall be no later than May 17, 2011;

2.  The opt out deadline for the Additional Class Members shall be July 1, 2011;

3.  The Class Notice shall be modified to reflect the new opt out deadline of July 1, 2011, for Additional Class Members, but otherwise shall remain identical to the Class Notice

2

**Stipulation And [Proposed] Order for Supplemental Class Notice    Case. No. 3:08-Cv-00177-SI**
sf-2989267

previously approved by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

COUNSEL FOR PLAINTIFFS

DATE: May 5, 2011   By: /s/ *William A. Baird*
WILLIAM A. BAIRD
JEFFREY K. COMPTON
Markun Zusman & Compton LLP
STEVE ELSTER
Law Office of Steve Elster

COUNSEL FOR DEFENDANTS

DATE: May 5, 2011   By: /s/ *James E. Boddy, Jr.*
LINDA E. SHOSTAK
JAMES E. BODDY, JR.
Morrison & Foerster LLP

### ECF CERTIFICATION

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE: May 5, 2011   By: /s/ *James E. Boddy, Jr.*
James E. Boddy, Jr.

### ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: 5/6/11   _____
Honorable Susan Illston
United States District Court Judge