IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, *et al.*, | No. C 08-177 SI |
| Plaintiffs, | **ORDER LIFTING STAY AND DIRECTING PARTIES TO FILE STATUS STATEMENT RE: MOTIONS FOR SUMMARY JUDGMENT IN LIGHT OF *CAMPBELL v. PRICEWATERHOUSE COOPERS*** |
| v. | |
| DELOITTE & TOUCHE LLP, | |
| Defendant. | |

On November 2, 2010, the Court granted defendant's motion for a stay pending the Ninth Circuit's resolution of the interlocutory appeal in *Campbell v. Pricewaterhouse Coopers LLP*, 602 F. Supp. 2d 1163 (E.D. Cal. 2009). On June 15, 2011, the Ninth Circuit issued a published decision in that appeal, *Campbell*, ___ F.3d ___, 2011 WL 2342740 (9th Cir. June 15, 2011).

Accordingly, the Court *sua sponte* LIFTS the stay and directs the parties to file a joint statement regarding the impact of *Campbell* on the cross-motions for summary judgment previously filed by the parties. In their joint statement, the parties shall state their views on whether the previous motions should be reset for a hearing, or whether the parties intend to file new motions. The joint statement is due no later than **July 1, 2011**.

**IT IS SO ORDERED.**

Dated: June 21, 2011

SUSAN ILLSTON
United States District Judge