1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  JAMES E. BODDY, JR. (CA SBN 65244)
   JBoddy@mofo.com
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5
   TERESA N. BURLISON (CA SBN 230854)
6  TBurlison@mofo.com
   755 Page Mill Road
7  Palo Alto, California 94304-1018
   Telephone:   650.813.5600
8  Facsimile:   650.494.0792

9

   Attorneys for Defendant
10 DELOITTE & TOUCHE LLP

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15

16  JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individual and on behalf of all others similarly situated,

17

Plaintiffs,

18

v.

19

20  DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,

21

Defendants.

Case No.   C-08-00177-SI

[~~PROPOSED~~] SCHEDULING ORDER FOR DELOITTE & TOUCHE LLP'S DECERTIFICATION MOTION

Dept.:   10
Judge:   The Hon. Susan Illston

Complaint filed: February 8, 2008
Trial Date: None Set

1   Whereas, on June 21, 2011, this Court directed the parties to file a joint statement
2   regarding the impact of *Campbell v. PricewaterhouseCoopers, LLP*, Case No. 09-163702011
3   U.S. App. LEXIS 12062 (9th Cir. 2011) on the cross-motions for summary judgment and
4   adjudication previously filed by the parties; and

5   Whereas, the parties filed a joint statement with the Court on July 6, 2011, in which they
6   proposed a sequence of briefing beginning with a motion for decertification in light of *Walmart v.*
7   *Dukes*, No. 10-277, 2011 U.S. LEXIS 4567 (June 20, 2011) and *Campbell*; and

8   Whereas, the parties agreed that any further summary judgment briefing should be held in
9   abeyance until the decertification issue is resolved; and

10  Whereas, to the extent that the Court decides to hear Defendant's decertification motion
11  prior to the summary judgment motions, the parties have agreed that: 1) all submissions will be
12  based only on the present factual record before the Court (prior motion for certification and
13  pending motions for summary judgment and summary adjudication); 2) Plaintiffs may be
14  permitted to file a 5 page sur-reply on the decertification motion; and 3) the briefing schedule
15  shall be slightly modified as follows: three weeks to oppose, two weeks to reply, seven days for a
16  sur-reply,

17  IT IS HEREBY ORDERED that the following briefing deadlines be set with regard to
18  Deloitte & Touche LLP's Motion for Decertification:

19  Defendant shall file its decertification motion no later than: July 21, 2011
20  Plaintiffs' opposition will be due by: August 11, 2011
21  Defendant's reply will be due by: August 25, 2011
22  Plaintiffs' sur-reply will be due by: September 1, 2011
23  <u>Hearing</u>: September 16, 2011 or another date (with the exception of September 23, 2011)
24  thereafter that is acceptable to the Court.

25  IT IS FURTHER ORDERED that any briefing and hearing on the parties' summary
26  judgment motions be postponed until after decertification is resolved.

27
28

1  Dated: ____7/20/11_____

2                                                By: _____

3                                                HONORABLE SUSAN ILLSTON
                                                 District Judge of the Northern District
4                                                of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SCHEDULING ORDER FOR DELOITTE & TOUCHE LLP'S DECERTIFICATION MOTION
Case No. C-08-00177-SI
sf-3020140

2