1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  JAMES E. BODDY, JR. (CA SBN 65244)
   JBoddy@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   DELOITTE & TOUCHE LLP
7

   MARKUN ZUSMAN & COMPTON LLP
8  Jeffrey K. Compton (SBN 142969)
   Daria Dub Carlson (SBN 150628)
9  William A. Baird (SBN 192675)
   17383 Sunset Boulevard, Suite A380
10 Pacific Palisades, California 90272
   Telephone: (310) 454-5900
11 Facsimile: (310) 454-5970

12 LAW OFFICE OF STEVEN ELSTER
   Steven Elster (SBN 227545)
13 785/E2 Oak Grove Road, #201
   Concord, CA 94518-3617
14 Telephone: (925) 324-2159
   Facsimile: (925) 945-1276
15
   Attorneys for Plaintiffs and the Certified Class
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20 JAMES BRADY, SARAH CAVANAGH, and         Case No.   C-08-00177-SI
   IVA CHIU, individually and on behalf of all
21 others similarly situated,                **STIPULATION AND [PROPOSED]
                                             ORDER CONTINUING DATES FOR
22              Plaintiffs,                  HEARING ON DEFENDANT'S
                                             MOTION FOR CLASS
23         v.                                DECERTIFICATION**

24 DELOITTE & TOUCHE LLP, a limited liability
   partnership; and DOES 1-10, inclusive,
25
                Defendants
26

27

28

1   WHEREAS, the hearing on Defendant's motion for class decertification, previously
2   scheduled for September 16, 2011, was re-set by Order of the Court dated September 14, 2011 to
3   October 7, 2011.
4   WHEREAS, the Court has issued a supplemental briefing schedule, dated September 15,
5   2011, regarding the recent Ninth Circuit *Solis v. State of Washington Dep't of Soc. & Health*
6   *Servs.* decision.
7   WHEREAS, Defendant's counsel and client have unavoidable scheduling conflicts, on
8   October 7, 2011.
9   WHEREAS, the parties have mutually agreed to stipulate to modify the supplemental
10  briefing schedule and date of the motion for class decertification hearing.
11  NOW THEREFORE, the parties hereby stipulate, subject to Court approval, as follows:
12  Supplemental briefs shall be filed by noon on September 30, 2011.
13  Optional reply briefs shall be filed by noon on October 7, 2011.
14  The hearing date for Defendant's motion for class decertification, currently scheduled for
15  October 7, 2011, will now be continued to October 14, 2011 at 9:00 a.m.
16
17  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
18
19                                  COUNSEL FOR DEFENDANT
                                    DELOITTE & TOUCHE LLP
20
21
22  DATE: September 15, 2011    By:    /S/ Linda E. Shostak
                                    Linda E. Shostak
23                                  James E. Boddy, Jr.
                                    MORRISON & FOERSTER LLP
24
25
26
27
28

STIP AND [PROPOSED] ORDER CONTINUING DATES ON            1                    Case No. C-08-00177-SI
MOTION FOR CLASS DECERTIFICATION
sf-3046215

COUNSEL FOR PLAINTIFFS

DATE: September 15, 2011        By:  /s/ William A. Baird
                                     William A. Baird
                                     Daria Dub Carlson
                                     Jeffrey K. Compton
                                     MARKUN ZUSMAN & COMPTON, LLP

                                     Steven Elster
                                     LAW OFFICE OF STEVEN ELSTER

**ECF CERTIFICATION**

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE: September 15, 2011        By:  /s/ Linda E. Shostak
                                     Linda E. Shostak

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9/16/11                 _____
                                Honorable Susan Illston
                                United States District Court Judge

STIP AND [PROPOSED] ORDER CONTINUING DATES ON MOTION FOR CLASS DECERTIFICATION
sf-3046215

2

Case No. C-08-00177-SI