1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  JAMES E. BODDY, JR. (CA SBN 65244)
   JBoddy@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   DELOITTE & TOUCHE LLP
7
   MARKUN ZUSMAN & COMPTON LLP
8  Jeffrey K. Compton (SBN 142969)
   Daria Dub Carlson (SBN 150628)
9  William A. Baird (SBN 192675)
   17383 Sunset Boulevard, Suite A380
10 Pacific Palisades, California 90272
   Telephone: (310) 454-5900
11 Facsimile: (310) 454-5970

12 LAW OFFICE OF STEVEN ELSTER
   Steven Elster (SBN 227545)
13 785/E2 Oak Grove Road, #201
   Concord, CA 94518-3617
14 Telephone: (925) 324-2159
   Facsimile: (925) 945-1276
15
   Attorneys for Plaintiffs and the Certified Class
16

17                   UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

19

20 | JAMES BRADY, SARAH CAVANAGH, and       | Case No.   C-08-00177-SI
   | IVA CHIU, individually and on behalf of all |
21 | others similarly situated,              | **STIPULATION AND [~~PROPOSED~~]**
   |                                         | **ORDER TO UNSEAL**
22 |          Plaintiffs,                    | **DECERTIFICATION BRIEFS**

23 |     v.                                  |

24 | DELOITTE & TOUCHE LLP, a limited liability |
   | partnership; and DOES 1-10, inclusive,  |
25 |                                         |
   |          Defendants                     |
26

27

28

STIPULATION AND [PROPOSED] ORDER TO UNSEAL DECERTIFICATION BRIEFS
C-08-00177 SI                                                                        1
sf-3049065

1   Pursuant to Local Rule 7-12, Plaintiffs and Defendant Deloitte & Touche LLP
2   ("Defendant"), through their respective counsel, submit the following stipulation and [proposed]
3   order that certain pleadings, as described below, conditionally filed with the Court under seal be
4   unsealed.
5   WHEREAS, in the course of the discovery Defendant has produced and disclosed
6   confidential, proprietary, and other private information related to the parties, as well as
7   Defendant's clients, designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only"
8   pursuant to the parties' Stipulated Protective Order signed by the Court on March 10, 2009, and
9   filed in the above captioned action on March 11, 2009 ("Designated Produced Materials"), for
10  which Defendant believes special protection from public disclosure and from use for any purpose
11  other than prosecuting this litigation would be warranted;
12  WHEREAS, the parties have agreed that material designated as confidential, proprietary,
13  and other private information related to the parties, as well as Defendant's clients, may be
14  included in or discussed in the parties' filings with respect to Defendant's Motion for Class
15  Decertification ("Designated Motion Materials");
16  WHEREAS, the parties agreed and the Court ordered pursuant to the parties' stipulations
17  and proposed orders that Defendant's Memorandum or Points and Authorities in Support of
18  Motion for Decertification, Plaintiffs' Opposition to Defendant's Motion for Class
19  Decertification, Defendant's Reply in Support of Defendant's Motion for Class Decertification,
20  and Plaintiffs' Sur-Reply to Defendant's Motion for Class Decertification (collectively,
21  "Decertification Briefs") be conditionally filed under seal;
22  WHEREAS, the parties agreed that they would meet and confer regarding whether the
23  documents filed under seal pursuant to said stipulations and orders should remain under seal; and
24  WHEREAS, the parties, having met and conferred, have agreed that the Court may order
25  the Decertification Briefs filed under seal to be unsealed, without prejudice to either parties'
26  rights to maintain or not maintain under seal any other briefs or documents filed with the Court
27  under seal and that said order shall not affect the under-seal status of any other briefs or
28

documents filed with the Court under seal, including without limitation any exhibits referred to in the Decertification Briefs.

NOW THEREFORE, the parties hereby stipulate, subject to Court approval, that the following briefs conditionally filed under seal herein be unsealed:

    1.    Memorandum of Points and Authorities in Support of Defendant's Motion for Class Decertification;

    2.    Plaintiffs' Opposition to Defendant's Motion for Class Decertification;

    3.    Reply in Support of Defendant's Motion for Class Decertification; and

    4.    Plaintiffs' Sur-Reply to Defendant's Motion for Decertification.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

COUNSEL FOR DEFENDANT
DELOITTE & TOUCHE LLP

DATE: September 26, 2011    By: __/S/ James E. Boddy_
    Linda E. Shostak
    James E. Boddy, Jr.
    MORRISON & FOERSTER LLP

COUNSEL FOR PLAINTIFFS

DATE: September 26, 2011    By: _/s/ William A. Baird_
    William A. Baird
    Daria Dub Carlson
    Jeffrey K. Compton
    MARKUN ZUSMAN & COMPTON, LLP

    Steven Elster
    LAW OFFICE OF STEVEN ELSTER

**ECF CERTIFICATION**

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE: September 26, 2011

By: __/s/ James E. Boddy_____
     James E. Boddy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___9/27/11_____

_____
Honorable Susan Illston
United States District Court Judge