| | |
|---|---|
| 1 | LINDA E. SHOSTAK (CA SBN 64599) |
| | LShostak@mofo.com |
| 2 | JAMES E. BODDY, JR. (CA SBN 65244) |
| | JBoddy@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
| | DELOITTE & TOUCHE LLP |
| 7 | |
| | MARKUN ZUSMAN & COMPTON LLP |
| 8 | Jeffrey K. Compton (SBN 142969) |
| | Daria Dub Carlson (SBN 150628) |
| 9 | William A. Baird (SBN 192675) |
| | 17383 Sunset Boulevard, Suite A380 |
| 10 | Pacific Palisades, California 90272 |
| | Telephone: (310) 454-5900 |
| 11 | Facsimile: (310) 454-5970 |
| 12 | LAW OFFICE OF STEVEN ELSTER |
| | Steven Elster (SBN 227545) |
| 13 | 785/E2 Oak Grove Road, #201 |
| | Concord, CA 94518-3617 |
| 14 | Telephone: (925) 324-2159 |
| | Facsimile: (925) 945-1276 |
| 15 | |
| | Attorneys for Plaintiffs and the Certified Class |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, | Case No.   C-08-00177-SI |
| 21 | | **STIPULATION AND [~~PROPOSED~~] ORDER TO UNSEAL *SOLIS* BRIEFS** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, | |
| 25 | | |
| 26 | Defendants | |

1        Pursuant to Local Rule 7-12, Plaintiffs and Defendant Deloitte & Touche LLP
2   ("Defendant"), through their respective counsel, submit the following stipulation and [proposed]
3   order that certain pleadings, as described below, conditionally filed with the Court under seal be
4   unsealed.

5        WHEREAS, in the course of the discovery Defendant has produced and disclosed
6   confidential, proprietary, and other private information related to the parties, as well as
7   Defendant's clients, designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only"
8   pursuant to the parties' Stipulated Protective Order signed by the Court on March 10, 2009, and
9   filed in the above captioned action on March 11, 2009 ("Designated Produced Materials"), for
10  which Defendant believes special protection from public disclosure and from use for any purpose
11  other than prosecuting this litigation would be warranted;

12       WHEREAS, the parties have agreed that material designated as confidential, proprietary,
13  and other private information related to the parties, as well as Defendant's clients, may be
14  included in or discussed in the parties' filings with respect to Defendant's Motion for Class
15  Decertification ("Designated Motion Materials");

16       WHEREAS, the parties agreed and the Court ordered pursuant to the parties' stipulations
17  and proposed orders that Plaintiffs' Briefing re Solis v. Washington and Plaintiffs' Reply to
18  Deloitte's Briefing re Solis v. Washington (collectively, "*Solis* Briefs") be conditionally filed
19  under seal;

20       WHEREAS, the parties agreed that they would meet and confer regarding whether the
21  documents filed under seal pursuant to said stipulations and orders should remain under seal; and

22       WHEREAS, the parties, having met and conferred, have agreed that the Court may order
23  the *Solis* Briefs filed under seal to be unsealed, without prejudice to either parties' rights to
24  maintain or not maintain under seal any other briefs or documents filed with the Court under seal
25  and that said order shall not affect the under-seal status of any other briefs or documents filed
26  with the Court under seal, including without limitation any exhibits referred to in the *Solis* Briefs.

27

28

1  NOW THEREFORE, the parties hereby stipulate, subject to Court approval, that the
2  following briefs conditionally filed under seal herein be unsealed:
3      1.    Plaintiffs' Briefing re <u>Solis v. Washington</u>; and
4      2.    Plaintiffs' Reply to Deloitte's Briefing re <u>Solis v. Washington.</u>

6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

        COUNSEL FOR DEFENDANT
8          DELOITTE & TOUCHE LLP

10  DATE:  October 26, 2011    By:  __/S/ James E. Boddy
11          Linda E. Shostak
        James E. Boddy, Jr.
12          MORRISON & FOERSTER LLP

        COUNSEL FOR PLAINTIFFS

15  DATE:  October 26, 2011    By:  _/s/ William A. Baird_
16          William A. Baird
        Daria Dub Carlson
17          Jeffrey K. Compton
        MARKUN ZUSMAN & COMPTON, LLP
18
        Steven Elster
19          LAW OFFICE OF STEVEN ELSTER

21          **ECF CERTIFICATION**
22  I hereby attest that I have obtained concurrence regarding the filing of this document from
23  each of the signatories within the e-filed document.

26  DATE:  October 26, 2011    By:  _/s/ James E. Boddy_____
        James E. Boddy

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: ___10/27/11___          _____/s/ Susan Illston_____
4                                  Honorable Susan Illston
                                    United States District Court Judge