1  **MARKUN ZUSMAN & COMPTON LLP**
   JEFFREY K. COMPTON, State Bar No. 142969
2  DARIA DUB CARLSON, State Bar No. 150628
   WILLIAM A. BAIRD, State Bar No. 192675
3  17383 Sunset Boulevard, Suite A380
   Pacific Palisades, California 90272
4  Telephone:   (310) 454-5900
   Facsimile:   (310) 454-5970
5
6  **LAW OFFICE OF STEVEN ELSTER**
   STEVEN ELSTER, State Bar No. 227545
7  785/E2 Oak Grove Road, #201
   Concord, CA 94518-3617
8  Telephone:   (925) 324-2159
   Facsimile:   (925) 945-1276

9  Attorneys for Plaintiffs,
10 **James Brady, Sarah Cavanagh and Iva Chiu**

11 **MORRISON & FOERSTER LLP**
   LINDA E. SHOSTAK, State Bar No. 64599
12 JAMES E. BODDY, JR., State Bar No. 65244
   425 Market Street
13 San Francisco, California 94105-2482
   Telephone:   (415)268-7000
14 Facsimile:   (415)268-7522

15 Attorneys for Defendant,
16 **Deloitte & Touche LLP**

17              **UNITED STATES DISTRICT COURT**

18           **NORTHERN DISTRICT OF CALIFORNIA**

19

20 JAMES BRADY, SARAH CAVANAGH, and      )
   IVA CHIU, individually and on behalf of all  )   **CASE NO.: C-08-00177 SI**
21 others similarly situated,              )
              Plaintiffs,                  )   **STIPULATION AND [~~PROPOSED~~]**
22        vs.                              )   **ORDER CONTINUING CASE**
                                           )   **MANAGEMENT CONFERENCE**
23 DELOITTE & TOUCHE LLP, a limited liability )
   partnership; and DOES 1-10, inclusive,  )
24        Defendants                       )
                                           )
25                                         )
                                           )
26                                         )
                                           )
27 ─────────────────────────────────────  )

28

                                        1

**STIPULATION**

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiffs and Defendant, through their counsel submit the following stipulation and [proposed] order regarding the Case Management Conference in this action.

WHEREAS, there is a Case Management Conference scheduled for June 1, 2012, at 3:00 p.m.;

WHEREAS, the Court and parties selected June 1, 2012 for the Case Management Conference in anticipation that the Ninth Circuit may have ruled on Plaintiffs' petition for permission to appeal the Court's recent decertification order of the previously certified class;

WHEREAS, the Ninth Circuit has not yet ruled on Plaintiffs' petition and having the Case Management Conference prior to that ruling would likely be inefficient;

NOW THEREFORE, the parties hereby stipulate that the Court may enter and Order as follows:

1. The Case Management Conference scheduled for June 1, 2012, at 3 p.m. shall be continued to July 19, 2012, at 3 p.m. or such other time as is convenient for the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

COUNSEL FOR PLAINTIFFS


DATE:  May 24, 2012            By:   /s/ William A. Baird_____
                                    WILLIAM A. BAIRD
                                    JEFFREY K. COMPTON
                                    Markun Zusman & Compton LLP
                                    STEVE ELSTER
                                    Law Office of Steve Elster

                               COUNSEL FOR DEFENDANTS


DATE:  May 24, 2012            By:   /s/Linda E. Shostack_____
                                    LINDA E. SHOSTACK
                                    Morrison & Foerster LLP

1

**ECF CERTIFICATION**

2      I hereby attest that I have obtained concurrence regarding the filing of this document from

3  each of the signatories within the e-filed document.

4

5  DATE:  May 24, 2012          By:   /s/ William A. Baird_____
                                      William A. Baird

6

7

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12

13  DATED: __5/29/12_____        _____
                                      Honorable Susan Illston
14                                    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE   **Case. No. 3:08-cv-00177-SI**