1 | **MARLIN & SALTZMAN, LLP** | **MARKUN ZUSMAN FRENIERE &**
Stanley D. Saltzman, Esq. (SBN 99058) | **COMPTON LLP**
2 | Marcus J. Bradley, Esq. (SBN 174156) | Jeffrey K. Compton, (SBN 142969)
William A. Baird, Esq. (SBN 192675) | Daria Dub Carlson (SBN 150628)
3 | 29229 Canwood Street, Suite 208 | 17383 Sunset Boulevard, Suite A380
Agoura Hills, CA 91301 | Pacific Palisades, California 90272
4 | Telephone:      (818) 991-8080 | Telephone:      (310) 454-5900
Facsimile:      (818) 991-8081 | Facsimile:      (310) 454-5970
5 | ssaltzman@marlinsaltzman.com | jcompton@mzclaw.com
mbradley@marlinsaltzman.com | dcarlson@mzclaw.com
6 | tbaird@marlinsaltzman.com

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94598
Telephone:      (925) 324-2159
steve.elster.law@gmail.com

Attorneys for Plaintiffs
**James Brady, Sarah Cavanagh & Iva Chiu**

**SEYFARTH SHAW LLP**
Peter A. Walker (pro hac vice)
Christopher H. Lowe (pro hac vice)
620 Eighth Avenue
New York, NY 10018
Telephone:      (212) 218-5000
Facsimile:      (212) 218-5526
pwalker@seyfarth.com
clowe@seyfarth.com

Attorneys for Defendant
**Deloitte & Touche LLP**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, <br><br>         Plaintiffs,<br><br>         vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>         Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION TO ADJUST CLASS CERTIFICATION SCHEDULE**<br><br>Hon. Judge Susan Illston |

# STIPULATION

WHEREAS, on January 22, 2015, the Court set a Class certification schedule as follows:  March 20, 2015 as Plaintiffs' Deadline for filing their class certification Brief; April 17, 2015 as Defendants' Opposition Brief deadline; and May 1, 2015, as Plaintiffs' Reply Brief Deadline with a hearing date set for May 15, 2015.

WHEREAS, pursuant to the Court's instruction at the January 22, 2015 Case Management Conference, the parties have met and conferred regarding Defendants' production of certain documents and deposition transcripts from a separate case(together "documents") identified by Plaintiffs' counsel;

WHEREAS, the parties are close to  reaching an agreement regarding Defendants'  production of certain documents to Plaintiffs but it is not yet finalized and thus the documents have not been made available to all Plaintiffs' counsel;

WHEREAS, one of Plaintiffs' lead counsel has recently experienced a health issue that has affected his work capacity and requires treatment;

WHEREAS, in light of these issues the parties have met and conferred and agree that the schedule set forth at the CMC on January 22, 2015 requires adjustment.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Deloitte & Touche, by and through their respective undersigned counsel:

1. The current class certification schedule of March 20, 2015 as the deadline for Plaintiffs' motion for class certification brief; April 17, 2015 as the deadline for Defendants' opposition papers; and May 1, 2015, as the deadline for Plaintiffs' reply papers with a hearing date set for May 15, 2015 is reset to April 24, 2015, as the deadline for Plaintiffs' motion for class certification; May 22, 2015, as the deadline for Defendants' opposition brief; and June 5, 2015, as the deadline for Plaintiffs' reply brief; with the hearing on Plaintiffs' motion to be heard on June 19, 2015 at 9:00 a.m. or a date thereafter that is convenient for the Court.

COUNSEL FOR PLAINTIFFS

DATE: February 26 , 2015        By:   /s/ William Baird

       STANLEY D. SALTZMAN
       WILLIAM A. BAIRD
       Marlin & Saltzman LLP

       STEVEN ELSTER
       Law Office of Steven Elster

       DARIA CARLSON
       Markun Zusman Freniere & Compton LLP

COUNSEL FOR DEFENDANTS

DATE: February 26, 2015        By:   /s/ Peter Walker

       PETER A. WALKER
       Sevfarth Shaw LLP

1 **(PROPOSED) ORDER**

After reviewing the Parties' Stipulation, the Court finds that for good cause shown, the following shall occur:

1. The current class certification schedule is reset as follows: Plaintiffs' Motion for Class Certification shall be filed by April 24, 2015; Defendants' Opposition brief shall be filed by May 22, 2015; Plaintiffs' Reply brief shall be filed by June 5, 2015; with the hearing on Plaintiffs' motion to be heard on June 19, 2015 at 9:00 a.m. or 6/26/15 @ 9 a.m.

**IT IS SO ORDERED.**

DATED: ~~February~~ 3/2, 2015

_____
Hon. Hon. Susan Illston
United States District Judge