**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: C-08-00177 SI<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Judge Susan Illston |

After reviewing Plaintiffs' Administrative Motion, the Court finds that for good cause shown, the following shall occur:

The Case Management Conference currently set for October 9, 2015 at 3:00 p.m. is vacated. The Case Management Conference is re-set to December 4, 2015 at 3:00 p.m.

**IT IS SO ORDERED.**

DATED: October 6, 2015

_____
Hon. Susan Illston
United States District Judge

1
Order Re Plaintiffs' Administrative Motion to Continue Case Management Conference
Case No. 08-CV-00177-SI