**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 99058)
Marcus J. Bradley, Esq. (SBN 174156)
William A. Baird, Esq. (SBN 192675)
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone:     (818) 991-8080
Facsimile:     (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
tbaird@marlinsaltzman.com

**MARKUN ZUSMAN FRENIERE & COMPTON LLP**
Jeffrey K. Compton, (SBN 142969)
Daria Dub Carlson (SBN 150628)
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone:     (310) 454-5900
Facsimile:     (310) 454-5970
jcompton@mzclaw.com
dcarlson@mzclaw.com

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94598
Telephone:     (925) 324-2159
steve.elster.law@gmail.com

Attorneys for Plaintiffs
**James Brady, Sarah Cavanagh & Iva Chiu**

**SEYFARTH SHAW LLP**
Peter A. Walker (pro hac vice)
Christopher H. Lowe (pro hac vice)
620 Eighth Avenue
New York, NY 10018
Telephone:     (212) 218-5000
Facsimile:     (212) 218-5526
pwalker@seyfarth.com
clowe@seyfarth.com

Attorneys for Defendant
**Deloitte & Touche LLP**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>        Defendants. | **CASE NO.: 3:08-cv-00177 SI**<br><br>**STIPULATION TO RE-SET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Hon. Judge Susan Illston |

**STIPULATION**

WHEREAS, on October 6, 2015, the Court vacated a Case Management Conference Set for October 9, 2015, at 3:00 p.m. and re-set the Case Management Conference to December 4, 2015 at 3:00 p.m.;

WHEREAS, the Court re-set the date after Plaintiffs' filed an Administrative Motion seeking to move the Case Management Conference in light of Plaintiffs' Pending Petition For Permission to Appeal the Court's recent denial of Plaintiffs' class certification motion;

WHEREAS, the Ninth Circuit has not yet ruled on Plaintiffs' Petition and thus continuing the Case Management Conference until the Ninth Circuit has made a ruling on Plaintiffs' Petition will increase efficiency and save judicial resources;

WHEREAS, in light of these issues the parties have met and conferred and agree that the presently scheduled Case Management Conference requires adjustment.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Deloitte & Touche, by and through their respective undersigned counsel:

1. The Case Management Conference presently set for December 4, 2015 at 3:00 p.m. is vacated and re-set to January 8, 2016 at 3:00 p.m. or a date thereafter that is convenient for the Court.

COUNSEL FOR PLAINTIFFS

DATE: November 23, 2015          By:/s/ William Baird
                                         STANLEY D. SALTZMAN
                                         WILLIAM A. BAIRD
                                         Marlin & Saltzman LLP

                                         STEVEN ELSTER
                                         Law Office of Steven Elster

                                         DARIA CARLSON
                                         Markun Zusman Freniere & Compton LLP

COUNSEL FOR DEFENDANTS

DATE:   November 23, 2015          By: /s/  Peter A. Walker
                                        PETER A. WALKER
                                        Seyfarth Shaw LLP

### (PROPOSED) ORDER

After reviewing the Parties' Stipulation, the Court finds that for good cause shown, the following shall occur:

1. The Case Management Conference presently set for December 4, 2015 at 3:00 p.m. is vacated and re-set to January 8, 2016 at 3:00 p.m. or _____.

**IT IS SO ORDERED.**

DATED: November  24, 2015           _____
                                     Hon. Hon. Susan Illston
                                     United States District Judge

3

Stipulation To Re-Set Case Management Conference; [Proposed] Order 08-CV-00177-SI