| | |
|---|---|
| **MARLIN & SALTZMAN, LLP**<br>Stanley D. Saltzman, Esq. (SBN 99058)<br>Marcus J. Bradley, Esq. (SBN 174156)<br>William A. Baird, Esq. (SBN 192675)<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>Telephone:     (818) 991-8080<br>Facsimile:      (818) 991-8081<br>ssaltzman@marlinsaltzman.com<br>mbradley@marlinsaltzman.com<br>tbaird@marlinsaltzman.com | **MARKUN ZUSMAN FRENIERE & COMPTON LLP**<br>Jeffrey K. Compton, (SBN 142969)<br>Daria Dub Carlson (SBN 150628)<br>17383 Sunset Boulevard, Suite A380<br>Pacific Palisades, California 90272<br>Telephone:     (310) 454-5900<br>Facsimile:      (310) 454-5970<br>jcompton@mzclaw.com<br>dcarlson@mzclaw.com |

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94598
Telephone:     (925) 324-2159
steve.elster.law@gmail.com

Attorneys for Plaintiffs
**James Brady, Sarah Cavanagh & Iva Chiu**

**SEYFARTH SHAW LLP**
Peter A. Walker (pro hac vice)
Christopher H. Lowe (pro hac vice)
620 Eighth Avenue
New York, NY 10018
Telephone:     (212) 218-5000
Facsimile:      (212) 218-5526
pwalker@seyfarth.com
clowe@seyfarth.com

Attorneys for Defendant
**Deloitte & Touche LLP**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION TO RE-SET CASE MANAGEMENT CONFERENCE**<br><br>Hon. Judge Susan Illston |

## STIPULATION

WHEREAS, Plaintiffs' have filed a Petition for Permission to Appeal the Court's recent denial of Plaintiffs' class certification motion;

WHEREAS, said petition has been fully briefed by the Parties herein;

WHEREAS, the Ninth Circuit has not yet ruled on Plaintiffs' Petition, such that the Parties agree that continuing the currently scheduled Case Management Conference, set for January 8, 2016, until the Ninth Circuit has ruled on Plaintiffs' Petition will increase efficiency and save judicial recourses;

WHEREAS, in light of these issues the parties have met and conferred and agree that the presently scheduled Case Management Conference should be continued so as to permit the Ninth Circuit to rule on the pending Petition.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Deloitte & Touche, by and through their respective undersigned counsel:

1. The Case Management Conference presently set for January 8, 2016, at 3:00 p.m. is vacated and re-set to February 26, 2016 at 3:00 p.m. or a date thereafter that is convenient for the Court.

COUNSEL FOR PLAINTIFFS

DATE:  December 29, 2015        By:      /s/ William Baird
                                                         STANLEY D. SALTZMAN
                                                         WILLIAM A. BAIRD
                                                         Marlin & Saltzman LLP

                                                         STEVEN ELSTER
                                                         Law Office of Steven Elster

                                                         DARIA CARLSON
                                                         Markun Zusman Freniere & Compton LLP

COUNSEL FOR DEFENDANTS

DATE:  December 29, 2015        By:      /s/ Peter A. Walker
                                                         PETER A. WALKER
                                                         Sevfarth Shaw LLP

## (~~PROPOSED~~) ORDER

After reviewing the Parties' Stipulation, the Court finds that for good cause shown, the following shall occur:

1. The Case Management Conference presently set for January 8, 2016 at 3:00 p.m. is vacated and re-set to February 26, 2016 at 3:00 p.m. ~~or _____, 2016~~.

**IT IS SO ORDERED.**

DATED:  Jan. 4, 2016  ~~December \_\_\_, 2015~~        _____
                                                                     Hon. Susan Illston
                                                                     United States District Judge