1  **MARLIN & SALTZMAN, LLP**  
Stanley D. Saltzman, Esq. (SBN 99058)  
2  Marcus J. Bradley, Esq. (SBN 174156)  
William A. Baird, Esq. (SBN 192675)  
3  29229 Canwood Street, Suite 208  
Agoura Hills, CA 91301  
4  Telephone: (818) 991-8080  
Facsimile: (818) 991-8081  
5  ssaltzman@marlinsaltzman.com  
mbradley@marlinsaltzman.com  
6  tbaird@marlinsaltzman.com  

**MARKUN ZUSMAN FRENIERE & COMPTON LLP**  
Jeffrey K. Compton, (SBN 142969)  
Daria Dub Carlson (SBN 150628)  
17383 Sunset Boulevard, Suite A380  
Pacific Palisades, California 90272  
Telephone: (310) 454-5900  
Facsimile: (310) 454-5970  
jcompton@mzclaw.com  
dcarlson@mzclaw.com  

7  
**LAW OFFICE OF STEVEN ELSTER**  
8  Steven Elster (SBN 227545)  
785/E2 Oak Grove Road, #201  
9  Concord, CA 94598  
Telephone: (925) 324-2159  
10  steve.elster.law@gmail.com  

11  Attorneys for Plaintiffs  
**James Brady, Sarah Cavanagh & Iva Chiu**  
12  
**SEYFARTH SHAW LLP**  
13  Peter A. Walker (pro hac vice)  
Christopher H. Lowe (pro hac vice)  
14  620 Eighth Avenue  
New York, NY 10018  
15  Telephone: (212) 218-5000  
Facsimile: (212) 218-5526  
16  pwalker@seyfarth.com  
clowe@seyfarth.com  
17  
Attorneys for Defendant  
18  **Deloitte & Touche LLP**  

19  **UNITED STATES DISTRICT COURT**  

20  **NORTHERN DISTRICT OF CALIFORNIA**  

21  
22  JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,  
23  
Plaintiffs,  
24  
vs.  
25  DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,  
26  
Defendants.  
27  
28  

)  **CASE NO.: C-08-00177 SI**  
)  
)  **STIPULATION TO RE-SET CASE**  
)  **MANAGEMENT CONFERENCE AND**  
)  **[PROPOSED] ORDER**  
)  
)  Hon. Judge Susan Illston  
)  
)  
)  
)  
)  
)  

1  
Stipulation to Re-Set Case Management Conference; Proposed Order      Case No. 08-CV-00177-SI

**STIPULATION**

WHEREAS, Plaintiffs had filed a Petition for Permission to Appeal the Court's recent denial of Plaintiffs' class certification motion;

WHEREAS, on February 22, 2016, the Ninth Circuit denied Plaintiffs' Petition;

WHEREAS, a Case Management Conference is currently set for February 26, 2016;

WHEREAS, the parties would like an opportunity to meet and confer prior to a Case Management Conference, to increase efficiency and save judicial recourses;

WHEREAS, in light of these considerations, the parties agree that the presently scheduled Case Management Conference should be continued so as to permit the parties time to meet and confer.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant Deloitte & Touche, by and through their respective undersigned counsel:

1. The Case Management Conference presently set for February 26, 2016, at 3:00 p.m. is vacated and re-set to March 11, 2016 at 3:00 p.m. or a date thereafter that is convenient for the Court.

COUNSEL FOR PLAINTIFFS

DATE:  February 23, 2016          By:   /s/  William A. Baird

　　　　　　　　　　　　　　　　　　STANLEY D. SALTZMAN
　　　　　　　　　　　　　　　　　　WILLIAM A. BAIRD
　　　　　　　　　　　　　　　　　　Marlin & Saltzman LLP

　　　　　　　　　　　　　　　　　　STEVEN ELSTER
　　　　　　　　　　　　　　　　　　Law Office of Steven Elster

　　　　　　　　　　　　　　　　　　 DARIA CARLSON
　　　　　　　　　　　　　　　　　　Markun Zusman Freniere & Compton LLP

*(signatures continued on next page)*

COUNSEL FOR DEFENDANTS

DATE:   February 23, 2016      By:   /s/  Peter A. Walker
                                     PETER A. WALKER
                                     Seyfarth Shaw LLP

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATE: February 23, 2016                    William A. Baird
                                           William A. Baird

### (~~PROPOSED~~) ORDER

After reviewing the Parties' Stipulation, the Court finds that for good cause shown, the following shall occur:

1. The Case Management Conference presently set for February 26, 2016 at 3:00 p.m. is vacated and re-set to March 11, 2016 at 3:00 p.m. ~~or _____, 2016.~~

**IT IS SO ORDERED.**

DATED:  2/23/16                            [signature: Susan Illston]
                                           Hon. Susan Illston
                                           United States District Judge