| | |
|---|---|
| **MARLIN & SALTZMAN, LLP**<br>Stanley D. Saltzman, Esq. (SBN 99058)<br>Marcus J. Bradley, Esq. (SBN 174156)<br>William A. Baird, Esq. (SBN 192675)<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>Telephone:    (818) 991-8080<br>Facsimile:     (818) 991-8081<br>ssaltzman@marlinsaltzman.com<br>mbradley@marlinsaltzman.com<br>tbaird@marlinsaltzman.com | **MARKUN ZUSMAN FRENIERE &<br>COMPTON LLP**<br>Jeffrey K. Compton, (SBN 142969)<br>Daria Dub Carlson (SBN 150628)<br>17383 Sunset Boulevard, Suite A380<br>Pacific Palisades, California 90272<br>Telephone:    (310) 454-5900<br>Facsimile:     (310) 454-5970<br>jcompton@mzclaw.com<br>dcarlson@mzclaw.com |

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94598
Telephone:    (925) 324-2159
steve.elster.law@gmail.com

Attorneys for Plaintiffs
**James Brady, Sarah Cavanagh & Iva Chiu**

**SEYFARTH SHAW LLP**
Peter A. Walker (pro hac vice)
Christopher H. Lowe (pro hac vice)
620 Eighth Avenue
New York, NY 10018
Telephone:    (212) 218-5000
Facsimile:     (212) 218-5526
pwalker@seyfarth.com
clowe@seyfarth.com

Attorneys for Defendant
**Deloitte & Touche LLP**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-00177 SI**<br><br>**STIPULATION TO RE-SET CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. Judge Susan Illston |

## STIPULATION

WHEREAS, a Case Management Conference is currently set for March 11, 2016, at 3:00 p.m.;

WHEREAS, one of the Plaintiffs' attorneys, William A. Baird, experienced a death in the family and the funeral is set for March 11 out of state;

WHEREAS, Mr. Baird intends to attend the Case Management Conference but cannot due to the funeral;

WHEREAS, in order to address this conflict the parties have agreed to stipulate to move the Case Management Conference one week to March 18, 2016; and,

WHEREAS, Defendant's counsel is traveling from the east coast to attend the conference and seek to return to the east coast after the conference, the parties have agreed to request for the Case Management Conference to occur in the morning on the March 18 as opposed to the afternoon.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant Deloitte & Touche, by and through their respective undersigned counsel:

1. The Case Management Conference presently set for March 11, 2016, at 3:00 p.m. is vacated and re-set to March 18, 2016, at 9:00 a.m. or a date thereafter that is convenient for the Court.

COUNSEL FOR PLAINTIFFS

DATE:  March 8, 2016          By:   /s/  William A. Baird

　　　　　　　　　　　　　　　　STANLEY D. SALTZMAN
　　　　　　　　　　　　　　　　WILLIAM A. BAIRD
　　　　　　　　　　　　　　　　Marlin & Saltzman LLP

　　　　　　　　　　　　　　　　STEVEN ELSTER
　　　　　　　　　　　　　　　　Law Office of Steven Elster

　　　　　　　　　　　　　　　　 DARIA CARLSON
　　　　　　　　　　　　　　　　Markun Zusman Freniere & Compton LLP

*(signatures continued on next page)*

2

Stipulation to Re-Set Case Management Conference; Proposed Order          Case No. 08-CV-00177-SI

COUNSEL FOR DEFENDANTS

DATE: March 8, 2016      By: /s/ Peter A. Walker
                              PETER A. WALKER
                              Seyfarth Shaw LLP

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATE: March 8, 2016           William A. Baird
                              William A. Baird

**(~~PROPOSED~~) ORDER**

After reviewing the Parties' Stipulation, the Court finds that for good cause shown, the following shall occur:

1. The Case Management Conference presently set for March 11, 2016, at 3:00 p.m. is vacated and re-set to March 18, 2016, at 10:45 a.m ~~or~~ ~~, 2016~~.

**IT IS SO ORDERED.**

DATED: 3/8/16                 [signature]
                              Hon. Susan Illston
                              United States District Judge