| | |
|---|---|
| **MARLIN & SALTZMAN, LLP** | **MARKUN ZUSMAN FRENIERE &** |
| Stanley D. Saltzman, Esq. (SBN 99058) | **COMPTON LLP** |
| Marcus J. Bradley, Esq. (SBN 174156) | Jeffrey K. Compton, (SBN 142969) |
| William A. Baird, Esq. (SBN 192675) | Daria Dub Carlson (SBN 150628) |
| 29229 Canwood Street, Suite 208 | 17383 Sunset Boulevard, Suite A380 |
| Agoura Hills, CA  91301 | Pacific Palisades, CA  90272 |
| Telephone:     (818) 991-8080 | Telephone:     (310) 454-5900 |
| Facsimile:      (818) 991-8081 | Facsimile:      (310) 454-5970 |
| ssaltzman@marlinsaltzman.com | jcompton@mzclaw.com |
| mbradley@marlinsaltzman.com | dcarlson@mzclaw.com |
| tbaird@marlinsaltzman.com | |

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA  94598
Telephone:     (925) 324-2159
steve.elster.law@gmail.com

Attorneys for Plaintiffs
**James Brady, Sarah Cavanagh & Iva Chiu**

**SEYFARTH SHAW LLP**
Peter A. Walker (pro hac vice)
Christopher H. Lowe (pro hac vice)
620 Eighth Avenue
New York, NY  10018
Telephone:     (212) 218-5000
Facsimile:      (212) 218-5526
pwalker@seyfarth.com
clowe@seyfarth.com

Attorneys for Defendant
**Deloitte & Touche LLP**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRAD, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated, <br><br>                    Plaintiffs, <br><br>     vs. <br><br> DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive, <br><br>                    Defendants. | **CASE NO.:  C-08-00177 SI** <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT** <br><br> Hon. Judge Susan Illston |

1

## **STIPULATION**

WHEREAS, the parties are scheduled to appear for a Case Management Conference on August 5, 2016 at 3:00 p.m.;

WHEREAS, the parties attended a mediation with Mark Rudy, Esq., on July 6, 2016, at which time the matter did not resolve;

WHEREAS, on July 11, 2016, with the further assistance of the mediator, the parties did reach a settlement of the three individual actions, without any admission of liability;

WHEREAS, the parties are currently engaged in preparing a definitive settlement agreement; and

WHEREAS, in light of the settlement, the parties have met and conferred and agree that the presently scheduled Case Management Conference should be continued by forty five (45) days, so as to permit the parties to execute a definitive settlement agreement and file an appropriate stipulation of dismissal with prejudice and without costs or fees.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Deloitte & Touche, by and through their respective undersigned counsel:

1. The Case Management Conference presently set for August 5, 2016, at 3:00 p.m. is continued to  9/23/16 , 2016, at 3:00 p.m.

COUNSEL FOR PLAINTIFFS

DATE: July 22, 2016        By:      /s/ Stanley D. Saltzman

STANLEY D. SALTZMAN
WILLIAM A. BAIRD
Marlin & Saltzman LLP

STEVEN ELSTER
Law Office of Steven Elster

DARIA CARLSON
Markun Zusman Freniere & Compton LLP

COUNSEL FOR DEFENDANTS

DATE: July 22, 2016        By:      /s/ Peter A. Walker

PETER A. WALKER
Seyfarth Shaw LLP

## ~~(PROPOSED)~~ ORDER

After reviewing the Parties' Stipulation, the Court finds that for good cause shown, the following shall occur:

1. The Case Management Conference presently set for August 5, 2016 at 3:00 p.m. is continued to ____Sept. 23____, 2016 at 3:00 p.m.

**IT IS SO ORDERED.**

DATED: ~~July~~ Aug 1 ___, 2016        _____
Hon. Susan Illston
United States District Judge

3

Stipulation to Continue Case Management Conference Due to Settlement
Case No. 08-cv-00177-SI