MARLIN & SALTZMAN, LLP
Stanley D. Saltzman, Esq. (SBN 99058)
Marcus J. Bradley, Esq. (SBN 174156)
William A. Baird, Esq. (SBN 192675)
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
tbaird@marlinsaltzman.com

LAW OFFICE OF STEVEN ELSTER
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94598
Telephone: (925) 324-2159
steve.elster.law@gmail.com

Attorneys for Plaintiffs
**James Brady, Sarah Cavanagh & Iva Chiu**

MARKUN ZUSMAN FRENIERE &
COMPTON LLP
Jeffrey K. Compton, (SBN 142969)
Daria Dub Carlson (SBN 150628)
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970
jcompton@mzclaw.com
dcarlson@mzclaw.com

SEYFARTH SHAW LLP
Peter A. Walker (pro hac vice)
Christopher H. Lowe (pro hac vice)
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5000
Facsimile: (212) 218-5526
pwalker@seyfarth.com
clowe@seyfarth.com

Attorneys for Defendant
**Deloitte & Touche LLP**

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY, SARAH CAVANAGH, and IVA CHIU, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>DELOITTE & TOUCHE LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.: C-08-00177 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Judge Susan Illston |

Plaintiffs James Brady, Sarah Federico (formerly Cavanagh) and Iva Chen (formerly Chiu) and Defendant Deloitte & Touche LLP, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

COUNSEL FOR PLAINTIFFS

DATE: ~~September~~ December 14, 2016   By: _____

STANLEY D. SALTZMAN
WILLIAM A. BAIRD
Marlin & Saltzman LLP

STEVEN ELSTER
Law Office of Steven Elster

DARIA CARLSON
Markun Zusman Freniere & Compton LLP

COUNSEL FOR DEFENDANT

DATE: September 1, 2016   By: _____

PETER A. WALKER
CHRISTOPHER H. LOWE
Seyfarth Shaw LLP